# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,     ) <br> ) <br> ) <br> ) <br> Plaintiff-Applicant,      ) <br> ) <br> v.        ) <br> ) <br> MJK CLEARING, INC.,      ) <br> ) <br> Defendant.      ) <br> _____) | Civil Action No. 01·1779 R 4K/SRN |

## CONSENT

Defendant, MJK Clearing, Inc. ("MJK Clearing"), admits the jurisdiction of this Court over it and over the subject matter of this action, admits the service of a Complaint and Application by Plaintiff-Applicant Securities Investor Protection Corporation, waives the filing of an answer and the entry of findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure, and hereby consents, without admitting or denying any allegations contained in said Complaint and Application, to the entry of an Order appointing a trustee for the liquidation of the business of MJK Clearing pursuant to the Securities Investor Protection Act of 1970, 15 U.S.C. §78aaa et seq., without further notice.

No offer, promise or threat of any kind whatsoever has been made by Plaintiff-Applicant or by any of its officers, agents, or representatives of either in consideration of this Consent.

MJK CLEARING, INC.

By_____

Title_____ Coo _____

DATED: September __27th__, 2001

Filed on _9-27-01_
Patrick G. De Wane, Clerk
By___ Deputy Clerk

FILED SEP 7 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT
DEPUTY CLERK

3-1