# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SECURITIES INVESTORS PROTECTION CORPORATION, | ) Chapter 11 |
| Plaintiff-Applicant, | ) Case No. CV01-1779 RHK/JJM |
| v. | ) |
| | ) Bankr. Adv. Proc. No. 01-4257 RJK |
| MJK CLEARING, INC., | ) |
| Debtor. | ) [Honorable Robert J. Kressel] |

## RESPONSE TO MOTION FOR PUBLICATION OF NOTICES, PROCEDURES FOR RESOLUTION OF CLAIMS, AND OTHER RELIEF

Investment Centers of America, Inc. ("ICA,"), by and through its undersigned attorneys, hereby submits this response (the "Response") to the Notice of Hearing and Motion for Approval of Publication of Notices, Procedures for Resolution of Claims, and Other Relief (the "Motion") of James P. Stephenson (the "Trustee"), as Trustee for the liquidation of the business of MJK Clearing, Inc. ("MJK" or the "Debtor"). In support of this Response, ICA submits as follows:

1.  ICA is a broker-dealer, not affiliated with MJK. More than 37,000 of ICA's customers cleared trades through MJK, which is more customers than any other non-affiliated broker-dealer whom used MJK to clear trades.

2.  On September 27, 2001, the Honorable Richard Kyle, Judge of the United States District Court for the District of Minnesota, entered an Order granting the application of the Securities Investors Protection Corporation ("SIPC") for issuance of a Protective Decree

finding the customers of MJK, to be in need of the protection afforded by the Securities Investor Protection Act of 1970 ("SIPA") and commenced this Chapter 7 bankruptcy case for MJK.

3. On October 2, 2001, the Bankruptcy Court for the District of Minnesota, entered an order approving the agreement between the Trustee, SWS Securities, Inc. ("SWS") and SIPC, dated as of September 30, 2001 (the "Transfer Agreement"), which approved the transfer of the MJK customer accounts held by the Trustee to SWS. Pursuant to the order, 90% of the stated amount of assets in each of MJK's customer accounts were transferred to SWS and made available to customers. In addition, SIPA provided protection of the 10% deficiency amount for each customer account in the form of a transfer of assets of up to $500,000 per customer.

4. Due to the customer account asset transfers in connection with the SWS transaction and the protections afforded by SIPA, the vast majority of MJK's customers have had their accounts fully restored. Only a relatively small number of customers still have an account deficiency. The Trustee acknowledges this, reciting in its Motion that, "SIPC is anticipat[ing] that there will only be a small number of customers (less than 500 customers out of 212,000 total customers) who will actually need to either file a customer claim form or correspond with the Trustee for any reason." (Motion at ¶11.) Similarly, only a small number of ICA's 37,000 customers have a remaining deficiency in their customer accounts after taking into account the 90% asset transfer and the SIPC protection.

5. By this response, ICA opposes the Trustee's version of the Notice as set forth in Exhibit A of its Motion. Although the Trustee acknowledges that only about 500 customers still have account deficiencies for which they need to assert claims against the MJK

estate, the form of notice proposed to be sent would create extreme confusion among more than 200,000 customers as to whether or not they should, or should not, file claims in this bankruptcy case in order to continue to access the account already provided them through the SWS transaction and from SIPC. Any Notice sent by the Trustee to customers must be crystal clear as to who needs to file a proof of claim. In particular, the Notice should specify that customers need not file claims on behalf of securities or other account assets which have clearly been made available to them in their accounts –i.e. that the more than 200,000 MJK customers, whose accounts have been fully restored should be informed that they, need not file a claim for assets that have already been delivered to them.

6. ICA suggests that the Notice as set forth in Exhibit A include language that reads as follows (or similar language):

> **PLEASE TAKE FURTHER NOTICE:** If you were a customer of MJK Clearing, Inc., you do not need to file this claim to retain assets that have already been restored to your customer accounts.

7. In addition, to the extent that customers have questions respecting the Notice and the claim forms, the Notice should inform customers whom they should contact to address these questions. The Notice presently proposed by the Trustee in Exhibit fails to identify a contact person representing the Trustee if customers have concerns or questions respecting their claims. Identification of that person, and provision of a corresponding post office and e-mail address and a phone number, is entirely appropriate and necessary to address any confusion among customers and avoid burdensome calls and communications to ICA and other introducing brokers with respect to the Notice and filing of customer claims.

WHEREFORE, for the reasons stated herein, ICA respectfully requests that this Court enter an order denying the relief requested in the Motion with respect to the material identified in <u>Exhibit A</u> thereto, ordering the relief requested herein, and grant such other and further relief as the Court may deem appropriate.

Dated: October 30, 2001

SIDLEY AUSTIN BROWN & WOOD
Bryan Krakauer
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

-and-

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Thomas B. Hatch
2800 Lasalle Plaza
800 Lasalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

4

CH1 2295436v2

# CERTIFICATE OF SERVICE

I, Mary Ann Schumacher, do hereby certify that a copy of the foregoing:

1. Response to Motion for Publication of Notices, Procedures for Resolution of Claims, and Other Relief.

have been served on the parties set forth below on this 30th day of October, 2001, by messenger:

MJK Clearing, Inc.
Miller, Johnson, Steichen, Kinnard, Inc.
c/o Todd Miller, Esq.
5500 Wayzata Boulevard
Minneapolis, MN 55416

The Stockwalk Group
c/o James L. Baillie, Esq.
Clinton E. Cutler, Esq.
Fredrikson & Byron
1100 International Centre
900 - 2nd Avenue South
Minneapolis, MN 55402-3397

Maple Securities USA Inc.
c/o James K. Langdon, III, Esq.
Dorsey & Whitney LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402

Stephen M. Mertz, Esq.
Faegre & Benson
90 South 7th Street, Suite 2200
Minneapolis, MN 55402-3901

Ferris, Baker Watts, Inc.
Terrence M. Fruth, Esq.
Thomas E. Jamison, Esq.
Fruth, Jamison & Elsass, P.A.
4705 IDS Center
80 South 8th Street
Minneapolis, MN 55402

James P. Stephenson, Esq.
Faegre & Benson
90 South 7th Street, Suite 2200
Minneapolis, MN 55402-3901

Philip T. Colton, Esq.
Stockwalk Group, Inc.
5500 Wayzata Boulevard, Suite 800
Minneapolis, MN 55416

Wells Fargo Bank, N.A.
c/o Mark J. Kalla, Esq.
Bruce A. Kenzie, Esq.
50 South 6th Street, Suite 1500
Minneapolis, MN 55402

SWS Securities Corp.
c/o William R. Skallerud, Esq.
Sonnenschein Nath & Rosenthal
220 South 6th Street, Suite 710
Minneapolis, MN 55402

2300224.1



And that a copy of the foregoing:

1. Response to Motion for Publication of Notices, Procedures for Resolution of Claims, and Other Relief.

has been served on the parties set forth below on this 30th day of October, 2001, by depositing a copy thereof in the United States Mail, postage prepaid:

SIPC
c/o Stephen P. Harbeck, Esq.
805 15th Street NW, Suite 800
Washington, D.C. 20005

John R. Lee, Esq.
Sonia U. Chae, Esq.
Securities and Exchange Commission
Midwest Regional Office
500 West Madison Street, Suite 1400
Chicago, IL 60661

Securities Investor Protection Corporation
c/o Ken Caputo, Esq.
805 - 15th Street NW, Suite 800
Washington, D.C. 20005-2207

Teri M. Swanson, Esq.
Securities and Exchange Commission
450 Fifth Street NW (Mail Stop 6-6)
Washington, D.C. 20549-0606

| | |
|---|---|
| ACR Securities, Inc.<br>Austin Rybstein<br>687 Park Lane<br>Cedarhurst, NY 11516 | AmeriTrade<br>Kurt Halvorson<br>4211 South 102nd Street<br>Omaha, NE 68127 |
| AFS Brokerage<br>Amy Belcher<br>7840 East Berry Place, Suite 200<br>Englewood, CO 80111 | ASKAR Corp.<br>Julie Moehle<br>Two Appletree Square, Suite 350<br>Bloomington, MN 55425 |
| Advantage Trading Group<br>Richard Gobel<br>1385 West State Road 434<br>Longwood, FL 32750 | Automated Financial System<br>Glenn Bloom<br>50 Broadway<br>New York, NY 10004 |
| Allison-Williams Co.<br>Julie Cahoy<br>333 South 7th Street<br>Minneapolis, MN 55402 | Automated Securities Clearing<br>Todd Weisto<br>Sungard Trading Systems<br>One South Wacker Drive, Suite 400<br>Chicago, IL 60606 |
| American Financial<br>404 Industrial Boulevard<br>Minneapolis, MN 55413-2931 | Back Bay Capital, Inc.<br>Albert Carazolez<br>2801 Camino Del Rio S, Suite 310<br>San Diego, CA 92108 |
| American Investors Group, Inc.<br>Matt Sandgren<br>10237 Yellow Circle Drive<br>Minnetonka, MN 55343 | Robert W. Baird and Co., Inc.<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 |
| American National Municipal<br>Marshall Fields<br>21280 Burbank Boulevard, Suite 140<br>Woodland Hills, CA 91367 | Bi-sys Regulatory<br>BISYS' Regulatory Services<br>5301 North Federal Highway, Suite 380<br>Boca Raton, FL 33487 |
| American Re Securities Corp.<br>Sal Levatino, Jr.<br>555 College Road East<br>Princeton, NJ 08543 | Bloomberg<br>Shawn Rudden<br>499 Park Avenue<br>New York, NY 10022-1240 |
| Americium<br>308 Lafayette Freeway<br>St. Paul, MN 55107 | Bowne<br>325 West Ohio Street<br>Chicago, IL 60610-4191 |

| | |
|---|---|
| Bridge Information Services<br>John McShane<br>511 - 11th Avenue South, Suite 420<br>Minneapolis, MN 55415 | Capital Management<br>Melissa Glennie<br>5000 Wells Fargo Plaza<br>7900 Xerxes Avenue South<br>Minneapolis, Mn 55431 |
| Brokat Technologies<br>1500 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 | Catalyst Trading LLC<br>Dan Uslander<br>14 Wall Street, 11th Floor<br>New York, NY 10005 |
| Bullish Bob Bagley Securities<br>Bob Bagley<br>2535A Cedar Springs<br>Dallas, TX 75201 | Citizens State Bank of Gaylord<br>320 Main Avenue<br>P. O. Box 266<br>Gaylord, MN 55344 |
| CB Richard Ellis<br>Renae M. Ward<br>Assistant Real Estate Manager<br>5500 Wayzata Boulevard, Suite 125<br>Minneapolis, MN 55416 | Clayton, Lowell & Conger<br>Leigh Garber<br>1872 Ballina Road<br>Cazenovia, NY 13035 |
| CFC Funding Corporation<br>7808 Creekridge Circle, Suite 250<br>Edina, MN 55439 | Colonade<br>5500 Wayzata Boulevard, Suite 420<br>Minneapolis, MN 55416 |
| CK Cooper & Company<br>Shawn Crawford<br>18300 Von Karman Avenue, Suite 440<br>Irvine, CA 92612 | Mark C. McCullough<br>The Colonade<br>5500 Wayzata Boulevard, Suite 730<br>Minneapolis, MN 55416 |
| CSC<br>120 Broadway<br>New York, NY 10271 | Com Graphics<br>Denise Dwyer, President<br>329 West 18th Street<br>Chicago, IL 60616 |
| Canon Securities LLC<br>Art Okun<br>19700 Fairchild Road, Suite 150<br>Irvine, CA 92162 | Concord Services LLC<br>Scott Blim<br>150 South Wacker Drive, Suite 350<br>Chicago, IL 60606 |

| | |
|---|---|
| Consolidated Capital Management Inc.<br>Austin Barsalou<br>270 First City Tower<br>1001 Fannin<br>Houston, TX 77002 | EZ Stocks<br>Tom Stern<br>165 Bishops Way, Suite 147<br>Brookfield, WI 53005 |
| Craig Hallum Capital<br>(Now Think Equity Partners)<br>222 South 9th Street, Suite 2800<br>Minneapolis, MN 55402 | E. Magnus Oppenheim & Co., Inc.<br>E. Magnus Oppenheim<br>551 Fifth Avenue<br>New York, NY 10176-0516 |
| Creekridge Capital LLC<br>c/o Kevin M. Busch<br>Moss & Barnett<br>90 South 7th Street, Suite 4800<br>Minneapolis, MN 55402-4129 | e*Trade Group, Inc.<br>4500 Bohannon Drive<br>Menlo Park, CA 94025 |
| Dain Rauscher Corporation<br>Ted Ceglia<br>60 South 6th Street<br>Minneapolis, MN 55402 | Equitrade<br>Sharon Oliver<br>23736 Birtcher Drive<br>Lake Forest, CA 92630 |
| Deutsche Bank<br>Gene Chin, Director<br>Deutsche Bank AG<br>GCI Credit Risk Management<br>1301 - 6th Avenue<br>9th Floor, (Mail Stop NYCC09-0918)<br>New York, NY 10019 | Euro Am Capital Corp.<br>2600 Avenue K, Suite 150<br>Dallas, TX 75074 |
| Digital Island<br>45 Fremont Street, 12th Floor<br>San Francisco, CA 94105 | ExPrSS Securities, Inc.<br>Matthew Lee<br>P. O. Box 118<br>Hampton Falls, NH 03844 |
| Dougherty Financial Group LLC<br>90 South 7th Street, Suite 4400<br>Minneapolis, MN 55402-4115 | Fahnestock & Co., Inc.<br>125 Broad Street<br>New York, NY 10004 |
| EISA<br>John Metsig<br>2260 Hicks Road, Suite 405<br>Rolling Meadows, IL 60008-1219 | Ferris, Baker Watts, Inc.<br>Richard A. Kirby<br>Dyer Ellis & Joseph, P.C.<br>600 New Hampshire Ave., N.W., Suite 1100<br>Washington, D.C. 20037 |

| | |
|---|---|
| Faroah Securities Co.<br>Dr. Atef Altoukhy<br>20 Whyworry Lane<br>Woodside, CA 94062-3654 | Fetterman Investments, Inc.<br>Rick Fetterman<br>12720 Hillcrest, Suite 900<br>Dallas, TX 75230 |
| Fintegra<br>Mike Lenzmeier<br>6120 Earle Brown Drive, Suite 620<br>Minneapolis, MN 55430 | First American Securities, Inc.<br>Joan Mathews<br>1624 Harmon Place, Suite 218<br>Minneapolis, MN 55403 |
| First Mid-America Investment Co.<br>Doug Hemke<br>3916 Sherman Avenue<br>St. Joseph, MO 64505 | First Union<br>401 Wilshire Boulevard, Suite 1100<br>Santa Monica, CA 90401 |
| Firstar Bank, N.A.<br>9321 Olive Boulevard<br>Olivette, MO 63132 | Fiserv Securities<br>One Commerce Square<br>Philadelphia, PA 19103 |
| Fleming Securities<br>Karen Adams<br>17797 North Perimeter Drive, Suite 105<br>Scottsdale, AZ 85255 | Freeman Securities Company, Inc.<br>R. J. Evangelista<br>30 Montgomery Street<br>Jersey City, NJ 07302 |
| FT Interactive Data<br>Jane Erie, Account Manager<br>22 Crossly Drive<br>Bedford, MA 01730 | Global Crossing IPC<br>Global Crossing Telecom<br>ATTN: Victoria McNeil<br>1221 Nicollet Avenue, Suite 300<br>Minneapolis, MN 55403 |
| Golden Fortunes Security Inc. TERM<br>Charles Lee<br>243 East Brunswick Court<br>East Brunswick, NJ 08816 | Grady & Hatch & Co., Inc.<br>Ron Turner<br>900 South Avenue, Suite 54<br>Staten Island, NY 10314 |
| HSC Securities Corp.<br>Mary Doyle<br>3710 Rawlins, Suite 1500<br>Dallas, TX 75219 | H. Rivkin & Co.<br>Harold Rivkin<br>12 West Delaware Avenue<br>Pennington, NJ 08534 |
| Harmonic Research<br>Trevor Gibson<br>750 Lexington Avenue, 26th Floor<br>New York, NY 10022 | Harbour Investments<br>Ken Burkett<br>One Odana Court<br>Madison, WI 53719 |

| | |
|---|---|
| Harris Trust & Savings Bank<br>Gary R. Schafer, Vice President<br>111 West Monroe, 5th Floor<br>Chicago, IL 60603 | Harbour Investments<br>Jeff Fruchtenicht<br>231 - 1st Street East<br>P. O. Box 511<br>Independence, IA 50644 |
| The Hays Group<br>John T. Arvold, Sr. Vice President<br>1650 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402 | Heller Financial Leasing, Inc.<br>500 West Monroe Street<br>Chicago, IL 60661 |
| Heritage Bank<br>120 - 1st Avenue North<br>Great Falls, MT 59401 | Huberman Financial Inc.<br>Tom Hayden<br>12900 Preston Road, Suite 630<br>Dallas, TX 75230 |
| Huntingdon Securities Corp.<br>Elouise Worden<br>216 South Broadway<br>P. O. Box 656<br>Minot, ND 58702 | IPC Information<br>P. O. Box 26644<br>New York, NY 10087-6644 |
| The IPO Exchange, Inc.<br>James Troup<br>1801 K Street NW, 4th Floor<br>Washington, D.C. 20006 | Instinet<br>General Post Office<br>P. O. Box 26097<br>New York, NY 10087-6097 |
| The Island<br>General Post Office<br>P. O. Box 26102<br>New York, NY 10087-6102 | Institutional Securities Corp.<br>Terry Hill<br>2800 Oak Lawn<br>Dallas, TX 75219 |
| International Equity Securities Corp.<br>Jerry Keenan<br>95 Church Street, Suite A<br>White Plains, NY 10601 | Investment Inc. Term<br>Judy Guess<br>911 West Loop 281, Suite 310A<br>Longview, TX 75064 |
| Investor's Advocate LLC/Free Tradez.com<br>Jason Watkins<br>8285 South Saginaw, Suite 7<br>Grand Blanc, MI 48439 | KDN Securities Inc.<br>Kevin Weaver<br>300 Terrace Drive, Suite 305<br>Richardson, TX 75081 |

| | |
|---|---|
| K&K Securities LLC<br>Art Keaney/Brayn Nazor<br>111 Broadway, Third Floor<br>New York, NY 10006 | Kaplan & Co. Securities Inc.<br>Lawrence Leibowitz<br>225 NE Mizner Boulevard, Suite 524<br>Boca Raton, FL 33432 |
| Kimberly Securities Inc.<br>Kimberly Misuraca<br>The Huntington Atrium<br>775 Park Avenue, Suite 145<br>Huntington, NY 11743 | Kovack Securities<br>Ron Kovack<br>1600 South Federal Hwy., Suite 1101<br>Pompano Beach, FL 33062 |
| LFK, Inc.<br>Paul Maza<br>3601 Park Center Boulevard, Suite 303<br>St. Louis Park, MN 55416 | Leonard Street and Deinard<br>150 South 5th Street, Suite 2300<br>Minneapolis, MN 55402 |
| Light Securities<br>Walter Light<br>417 - 7th Street<br>Oakland, CA 94607 | MJK Clearing Inc. Dallas<br>12720 Hillcrest, Suite 900<br>Dallas, TX 75230 |
| MPAC<br>Anthony Nyberg<br>565 Bridgeway<br>Sausalito, CA 94965 | The Marquette<br>710 Marquette Avenue<br>Minneapolis, MN 55402 |
| Maslon Edelman Borman<br>3300 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402-4140 | MathStar, Inc.<br>Bryon Bequette<br>527 Marquette Avenue<br>Minneapolis, MN 55402 |
| Micro Strategy<br>Robert Stoker, Regional Director<br>7650 Edinborough Way, Suite 725<br>Edina, MN 55435 | Miller Johnson Steichen Kinnard<br>Mary Farnham<br>920 - 2nd Street South<br>Minneapolis, MN 55402 |
| Miller John Steichen Kinnard Florida<br>Two Prestige Place<br>2650 McCormick Drive, Suite 325<br>Clearwater, FL 33759-1062 | Miller Johnson Steichen Kinnard<br>Institutional Sales<br>5500 Wayzata Boulevard, Suite 800<br>Minneapolis, MN 55416 |
| Miller Johnson Steichen Kinnard Houston<br>1177 West Loop South, Suite 1850<br>Houston, TX 77027-9008 | Miller Johnson Steichen Kinnard St. Paul<br>1100 Minnesota World Trade Center<br>30 Est 7th Street<br>St. Paul, MN 55101-2091 |

| | |
|---|---|
| Miller Johnson Steichen Kinnard Arizona<br>6263 West Loop South, Suite 285<br>Scottsdale, AZ 85250 | Mission Capital TERM<br>Matt Jennings<br>2192 Dupont, Suite 216<br>Irvine, CA 92612 |
| Morgan Spaulding Inc.<br>Jack Gross<br>401 South Sherman Street, Suite 101<br>Richardson, TX 75081 | Munimart.com<br>John Abrams<br>120 Sylvan Avenue<br>Englewood Cliffs, NJ 07632-2501 |
| NASD<br>1735 K Street, NW<br>Washington, D. C. 20006-1500 | ND Capital<br>Carla Brown<br>1 North Main Street<br>Minot, ND 58703 |
| National City Bank of Minneapolis<br>c/o Clark T. Whitmore<br>Maslon Edelman Borman & Brand PLLP<br>90 South 7th Street, Suite 3300<br>Minneapolis, MN 55402-4140 | National Business Systems<br>Tim Zaayer, Business Development Manager<br>2919 West Service Road<br>Eagan, MN 55121 |
| Netherlam Securities, Inc.<br>Rose Moss<br>12720 Hillcrest, Suite 900<br>Dallas, TX 75230 | Newpoint Securities<br>John Faraht<br>499 North Canon Drive, Suite 100<br>Beverly Hills, CA 90210 |
| Nomura Securities International, Inc.<br>48 South Service Road, Suite 100<br>Melville, NY 11747 | Nomura Securities International, Inc.<br>2 World Financial Center<br>Building B, 20th Floor<br>New York, NY 10281-1198 |
| Oakwood Financial Corp.<br>Kevin Serentis/Rich Jennings<br>1511 Pond Road<br>Allentown, PA 18104 | Online Brokerage Solutions<br>Ron Cummins<br>5500 Wayzata Boulevard, Suite 1400<br>Minneapolis, MN 55416 |
| Tricia Olson<br>3360 Viking Boulevard, N.W.<br>Oak Grove, MN 55303 | One Financial Center Brokerage<br>Manny Calderon<br>1 Financial Center<br>311 South Wacker Drive, Suite 1950<br>Chicago, IL 60606 |

| | |
|---|---|
| JB Oxford<br>9665 Wilshire Boulevard<br>Beverly Hills, CA 90212 | Pac Genesis TERM<br>Ed Conner<br>1321 Harbor Bay Parkway, Suite 202<br>Alameda, CA 94502 |
| Patterson Travis, Inc.<br>Tom Svalberg<br>12835 East Arapahoe Road<br>Building One, Suite 700<br>Englewood, CA 80112 | Pax Clearing Co.<br>4400 South LaSalle Drive, Suite 3100<br>Chicago, IL 60605 |
| Pershing<br>One Pershing Plaza<br>Jersey City, NJ 07399 | Plaid Brothers<br>Jon Blithe<br>26 Technology Drive<br>Irvine, CA 92618 |
| Powertick Investments<br>Ed Blackledge<br>4555 Lake Forest Drive, 6th Floor<br>Cincinnati, OH 45242 | Qwest<br>Joel Rivard<br>200 South 5th Street, Room 8A95<br>Minneapolis, MN 55402 |
| Ridgeway & Conger Inc.<br>Graham Ritchie<br>1672 Ballina Road<br>Cazenovia, NY 13035 | Reuters<br>Dave Mitchell<br>222 South 9th Street, Suite 2920<br>Minneapolis, MN 55402 |
| S & P Investors<br>Stewart Potter<br>12720 Hillcrest, Suite 108<br>Dallas, TX 75230 | Sanford Roberts<br>Bob Cherin<br>32772 Galapagos Lane<br>Dana Point, GA 92629 |
| Securities Industry Software<br>Ken Purchetta<br>4725 Independence Street<br>Wheat Ridge, CO 80033 | Securities Industry Association<br>120 Broadway<br>New York, NY 10271-0080 |
| Securities Investment Co. of Kansas City<br>Steve Hook<br>4800 Main Street, Suite 230<br>Kansas City, MO 64112 | Senate Securities<br>Richard Netter<br>253 Wall Street<br>Kingston, NY 12401 |
| Sentinel Brokers Co.<br>Joe Lawless<br>1045 A Park Boulevard<br>Massapequa Park, NY 11762 | Sepulverora & Smith Term<br>Roger Cotta<br>1875 Century Park East, Suite 1880<br>Los Angeles, CA 90067 |

| | |
|---|---|
| Shelman Securities<br>Mark Perham<br>14785 Preston Road, Suite 575<br>Dallas, TX 75240 | Sheffield, Olson & McQueen<br>Sheffield, Olson & McQueen, Inc.<br>2145 Ford Parkway, Suite 300<br>St. Paul, MN 55116-1914 |
| Sidley Austin Brown & Wood<br>Henry F. Minnerop, Esq.<br>873 - 3rd Avenue<br>New York, NY 10022 | Siebert Financial Corp.<br>Dan Jacobsen<br>885 3rd Avenue<br>New York, NY 10022 |
| Sinex Securities<br>David Banerjee<br>5535 Balboa Boulevard, Suite 200<br>Los Angeles, CA 90067 | Southampton Investment Securities<br>Dinesh Shah<br>1476 Rosebud Road<br>Southampton, PA 18966 |
| Stifel, Nicolaus<br>Ronald J. Kruszewski<br>One Financial Plaza<br>501 North Broadway<br>St. Louis, MO 63102 | Stockgift.com TERM<br>Gino Hellizer<br>2117 Observatory Place NW, Suite 2-B<br>Washington, D.C. 20007 |
| Stockwalk.com<br>Gary Miller<br>456 Montgomery Street, Suite 1300<br>San Francisco, CA 94104 | Stockwalk.com Chicago<br>Peter D'Angelo<br>141 West Jackson Boulevard, Suite 221A<br>Chicago, IL 60604 |
| Stonewall Securities<br>Sam Wilson<br>5006 Westgrove<br>Dallas, TX 75248 | Telescan<br>Angela Williams<br>5959 Corporate Drive, Suite 200<br>Houston, TX 77036 |
| Think Equity Partners<br>Patty Bartholomew<br>222 South 9th Street, Suite 2800<br>Minneapolis, MN 55402 | Thomson Financial<br>Thomson Financial ESG<br>22 Thomson Place<br>Boston, MA 02210 |
| US Bancorp Leasing and Financial<br>7659 S.W. Mohawk Street<br>Tualatin, OR 97062 | Van Clemens & Co. Inc.<br>Cindy Jenkins<br>5708 Olinger Boulevard<br>Edina, MN 55326 |

| | |
|---|---|
| Vista Securities Inc.<br>Paul Larkin<br>5454 LaSierra Drive, Suite 204<br>Dallas, TX 75231 | WC Burnside & Co.<br>Beverly<br>111 North Vermillion<br>P. O. Box 507<br>Danville, IL 61834-0507 |
| WR Taylor & Co. LLC<br>Belle Walker<br>1420 I-85 Parkway<br>Montgomery, AL 36016 | Waterford Corp.<br>David O'Connor<br>4625 Greenville Avenue, Suite 102<br>Dallas, TX 75206 |
| Wheeler Securities Inc.<br>Barry Wheeler<br>One 10th Street, Suite 570<br>Augusta, GA 30901 | W. Wall Co.<br>Phyllis Youngberg<br>One Town Square Boulevard, Suite 100<br>Asheville, NC 28803 |
| Waterford Financial<br>Carlene Cook<br>955 Grain Exchange Building<br>400 South 4th Street<br>Minneapolis, MN 55415 | Worldwide Express<br>8140 Flying Cloud Drive, Suite 3206<br>Eden Prairie, MN 55344 |
| Zeller of Trust<br>Zeller Management/Realty<br>Zeller Realty Corporation<br>James P. Geran, Sr. Vice President<br>One Financial Plaza<br>120 South 6th Street<br>Minneapolis, MN 55404 | Zirp (various)<br>Zeller Management Corp.<br>900 - 2nd Avenue South, Suite 420<br>Minneapolis, MN 55402 |
| PrimeVest Financial Services, Inc.<br>Paul Woodward<br>400 - 1st Street South, Suite 450<br>St. Cloud, MN 56301 | Ferris Baker Watts Inc.<br>1700 Pennsylvania Avenue NW<br>Washington, D.C. 20065 |

_Mary Ann Schumacher_
Mary Ann Schumacher

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

ATLANTA
BOSTON
CHICAGO
LOS ANGELES
MINNEAPOLIS
NAPLES
ORANGE COUNTY
SAINT PAUL
WASHINGTON, D.C.

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MINNESOTA 55402-2015
TELEPHONE (612) 349-8500
FACSIMILE (612) 339-4181
www.rkmc.com

THOMAS B. HATCH
(612) 349-8206

October 30, 2001

<u>**Via Messenger**</u>

Clerk, U.S. Bankruptcy Court
301 U. S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Re: Securities Investors Protection Corporation v. MJK Clearing, Inc.
Case No. CV 01-1779 RHK/JJM
Bankr. Adv. Proc. No. 01-4257 RJK
Our File No. 122247-0000

Dear Sir/Madam:

Enclosed for filing in the above matter is Investment Centers of America's Response to Motion for Publication of Notices, Procedures for Resolution of Claims, and Other Relief along with an Certificate of Service.

By copy of this letter, we are serving all counsel of record.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Thomas B. Hatch

TBH/ms
Enclosures

c: All Counsel of Record (w/encs.)