UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,        Adv. Proc. No. 01-4257 RJK

v.

MJK CLEARING, INC.,

        Defendant.

## AFFIDAVIT OF DEAN SANBERG OF SERVICE OF NOTICE TO CUSTOMERS AND CREDITORS OF MJK CLEARING, INC., AND TO ALL OTHER PARTIES IN INTEREST

STATE OF MINNESOTA )
                         ) ss.
COUNTY OF HENNEPIN )

        I, Dean Sanberg of the City of Edina, County of Hennepin in the State of Minnesota, being duly sworn, say that:

        1.    I am the President of Marcom Services, Inc.

        2.    Marcom Services, Inc. was retained by James P. Stephenson, as trustee (the "Trustee") for the liquidation of MJK Clearing, Inc. ("MJK") to mail a copy of the annexed Notice to Customers and Creditors of MJK Clearing, Inc., and to All Other Parties in Interest (the "Notice"), among other notices, to various entities.

        3.    At the direction of Dennis M. Ryan, starting on November 16, 2001, and ending on November 27, 2001, I caused the Notice to be sent to all of the entities identified on a mailing list (the "Mailing List") which was provided to me by Thomas F. Corrigan.

        4.    I caused the Notice to be sent to the entities on the Mailing List by placing a copy of the Notice, along with other documents relating to the liquidation of MJK, in an

envelope and arranging for the deposit of same, postage prepaid, in the United States Mails at Minneapolis, Minnesota.

FURTHER THE AFFIANT SAYETH NOT.

_____
Dean Sanberg

Subscribed and sworn to before me
this 5th day of December, 2001.

_____
Notary Public
Ml:822967.02



LISA WHITE
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1-31-2005

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

SECURITIES INVESTORS PROTECTION
CORPORATION,
                Plaintiff-Applicant,         Adv. Proc. No. 01-4257 RJK

v.

MJK CLEARING, INC.,
                Defendant.

**NOTICE TO CUSTOMERS AND CREDITORS OF MJK CLEARING, INC., AND TO ALL OTHER PARTIES IN INTEREST:**

<u>**COMMENCEMENT OF LIQUIDATION PROCEEDING**</u>

**NOTICE IS HEREBY GIVEN** that on September 27, 2001, the United States District Court for the District of Minnesota entered an Order granting the application of the Securities Investor Protection Corporation for issuance of a Protective Decree adjudicating the customers of MJK Clearing, Inc., to be in need of the protection afforded by the Securities Investor Protection Act of 1970. James P. Stephenson was appointed trustee for the liquidation of the business of the debtor, and Faegre & Benson LLP, was appointed as counsel to the trustee.

Customers of the debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the trustee by January 14, 2002. Such claims must be filed with the trustee at P.O. Box 27670, Minneapolis, MN 55427-0670. **Customer claims will be deemed filed only when <u>received</u> by the trustee.**

Forms for the filing of customer claims and related information are being mailed to customers of the debtor as their names and addresses appear on the debtor's books and records. Customers who do not receive such forms within seven (7) days after the date of this Notice may obtain them by writing to the trustee at the address shown above. Customer claim forms may also be found on the trustee's website at <u>www.mjktrustee.com</u>.

Claims by broker-dealers, either as customers or for the completion of open contractual commitments, must be filed with the trustee at the above address by May 15, 2002. **Broker-dealer claims will be deemed to be filed only when <u>received</u> by the trustee.** Claim forms may be obtained by writing to the trustee at the address shown above.

All other creditors of the debtor must file formal proofs of claim with the trustee at the address shown above by May 15, 2002. **All such claims will be deemed filed only when received by the trustee.**

**No claim of any kind will be allowed unless received by the trustee by May 15, 2002.**

**PLEASE DO <u>NOT</u> SEND ANY CLAIM FORMS TO THE COURT.**

## AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

**NOTICE IS HEREBY GIVEN** that as a result of the issuance of the Protective Decree, certain acts and proceedings against the debtor and its property are stayed as provided in 11 U.S.C. §362 and by order of the United States District Court for the District of Minnesota entered on September 27, 2001.

## MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the meeting of customers and creditors will be held on December 17, 2001 at 9:00 a.m., at the Radisson Plaza Hotel, Minnesota Room, Third Floor, 35 South Seventh Street, Minneapolis, Minnesota, at which time and place customers and creditors may attend, examine the debtor, and transact such other business as may properly come before said meeting.

## HEARING ON DISINTERESTEDNESS OF COUNSEL TO THE TRUSTEE

**NOTICE IS HEREBY GIVEN** that December 5, 2001, at 10:30 a.m., at Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, has been set as the time and place for the hearing before the Honorable Robert J. Kressel, United States Bankruptcy Judge, of objections, if any, to the retention in office of James P. Stephenson as trustee, and Faegre & Benson LLP, as counsel to the trustee, upon the ground that they are not qualified or not disinterested as provided in section 5(b)(6) of SIPA, 15 U.S.C. § 78eee(b)(6). Affidavits of Disinterestedness have been filed by the trustee and Faegre & Benson LLP with the United States Bankruptcy Court. Objections, if any, must be filed with the court in compliance with the Local Rules for filing objections to motions with less than 21 days notice, and a copy served upon Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402, Attn: Stephen M. Mertz, Esq.

**NOTICE IS HEREBY GIVEN** that the information mailed to customers, as mentioned above, which includes copies of this Notice, a letter to customers, a customer claim form and instructions, as well as a SIPC brochure, may be found on SIPC's website at WWW.SIPC.ORG under Proceedings/Liquidations. From time to time in the future, other updated information and notices concerning this proceeding also may be posted at SIPC's website and also at the trustee's website at www.mjktrustee.com.

DATED: November 15, 2001

James P. Stephenson,
trustee for the Liquidation of the
Business of MJK Clearing, Inc.

M1:807489.05