# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

*******************************************************

IN RE

MJK CLEARING, INC.
    Debtor,

Adv. Proc. No. 01-4257 RJK

*******************************************************

## OBJECTION TO TRUSTEE'S DETERMINATION

First Security Bank of Roundup submits the following Objection to Trustee's Determination:

1. The Trustee provided NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM by letter dated May 21, 2002.

2. First Security Bank of Roundup objects to the Trustee's Determination, because the funds identified in this proceeding are the property of First Security Bank of Roundup and were never owned by the Debtor, MJK Clearing, In.

3. The funds in essence were held in escrow by MJK Clearing, Inc. for the owner First Security Bank of Roundup.

4. First Security Bank of Roundup believes that all of the funds should be distributed to them as the owner of the funds, and that MJK Clearing, Inc. did not have any ownership interest in the funds.



Filed on JUN 19 2002
Patrick G. De Wane, Clerk
By _____ Deputy Clerk

Wherefore, First Security Bank of Roundup requests that the court order the immediate return of all funds that were held by MJK Clearing, Inc. in escrow for the owner, First Security Bank of Roundup, to First Security Bank of Roundup.

Dated: 6/14/02

Respectfully submitted,

FIRST SECURITY BANK OF ROUNDUP

BY: _____
Gilbert J. Majerus, Executive Vice President
Pro Se
401 Main Street
Roundup, Montana 59072
(406) 323-1100

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the foregoing **OBJECTION TO TRUSTEE'S DETERMINATION** upon the following by depositing a true and correct copy of the same in the U. S. Mail, first-class, postage pre-paid, on this ___14th___ day of June, 2002 addressed as follows:

Clerk of the United States Bankruptcy Court for
the District of Minnesota
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

James P. Stephenson
Trustee for the Liquidation of the Business of
MJK Clearing, Inc.
P.O. Box 27670
Minneapolis, Minnesota 55427-0670

_____
Tracy Green

LAW OFFICES OF
# ROBERT W. SNIVELY, P.C.
25 1st Avenue West
Roundup, Montana 59072
Tel (406) 323-3500
Fax (406) 323-3535

June 14, 2002

Clerk of the United States Bankruptcy Court
for the District of Minnesota
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

    Re:    Adv. Proc. No. 01-4257 RJK

Dear Clerk:

    Please find enclosed for filing, an original Objection to Trustee's Determination for the above-referenced case. Also enclosed is a copy of said document to be stamped after it has been filed with your court. Please return the copy to this office in the self-addressed, stamped envelope that has been enclosed for your convenience. Please note that we were asked to forward this motion to you.

    If you have any questions, please do not hesitate to contact this office.

    Very truly yours,

    ROBERT W. SNIVELY, P.C.

    Tracey Green
    Administrative Assistant

RWS/tg
enclosures