James P. Stephenson,
Trustee for the Liquidation of the Business of
MJK Clearing, Inc.
P.O. Box 27670
Minneapolis, Minnesota 55427-0670

July 19, 2002

KAREN A THOMAS IRA
FIRST TRUST NA CUSTODIAN
ROUTE 2 BOX 55
SANDSTONE, MN 550729802

Re: NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

Account No.: 80773824                        Claim Number: 905

**PLEASE READ THIS NOTICE CAREFULLY**

Dear Claimant:

The liquidation of the business of MJK Clearing, Inc. is being conducted by James P. Stephenson, Trustee, pursuant to an order entered on September 27, 2001, by the United States District Court for the District of Minnesota.

The Trustee has made the following determination regarding your claim designated as Customer Claim Number  905  :

Your claim was completely satisfied by the transfer of your account to SWS Securities, Inc. As a result of that transfer, all cash balances and securities held for or owed to you by MJK Clearing, Inc. as of September 27, 2001, the relevant date for purposes of determining your claim, were placed in an account established in your name at SWS Securities, and have been reflected on account statements subsequently sent to you. One or more elements of your claim were, however, in error and have been denied for the following reasons.

You incorrectly claimed a $37.67 credit balance (cash and/or money market funds held by you). On 9/27/01, you actually had a $3.31 credit balance in your account, and you provided no documentation to support your claim for the higher credit balance. You also incorrectly claimed $672.75 of Intel Corp. and $1,979.28 of Vanguard Index Trust Growth. On 9/27/01, you actually owned 230 shares of Intel Corp. and 77.439 shares of Vanguard Index Trust Portfolio.

You should also be aware that although mutual fund positions have been shown on your account statements both before and after September 27, 2001, some or all these mutual fund positions have actually been held for you by the respective mutual fund families and were not part of your MJK Clearing account. The information about your mutual fund positions held directly with fund families, which as of 9/27/01 are listed on Attachment A to this letter, was included on your MJK Clearing account statements as a courtesy to you. These mutual fund shares have always been subject to your direct control, meaning that you have been able to contact the applicable fund family directly to initiate transactions involving the shares. As a result, the mutual fund holdings listed on Attachment A are not considered customer property subject to the MJK Clearing liquidation proceeding.

Filed on JUL 3 1 2002
Patrick G. De Wane, Clerk
By [signature] Deputy Clerk

**PLEASE NOTE CAREFULLY EACH OF THE FOLLOWING ITEMS:**

- If you disagree with this determination and desire a hearing before the United States Bankruptcy Court for the District of Minnesota in Adv. Proc. No. 01-4257 RJK, you MUST file a written statement setting forth in detail the grounds for your disagreement, and attaching copies of any documents in support of your position, with the United States Bankruptcy Court and the Trustee within THIRTY (30) DAYS following the date of this notice. All written communications to the Trustee must refer to your claim number.

- You must mail your statement in opposition, if any, in accordance with the above procedure, certified mail, return receipt requested, to each of the following addresses:

    Clerk of the United States Bankruptcy Court for
    the District of Minnesota
    301 U.S. Courthouse
    300 South Fourth Street
    Minneapolis, Minnesota 55415

    James P. Stephenson,
    Trustee for the Liquidation of the Business of
    MJK Clearing, Inc.
    c/o Stephen M. Mertz, Esq.
    Faegre & Benson LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, Minnesota 55402

- If you do not file a proper and timely written statement in opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

- If you file a proper and timely written statement in opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

                                                James P. Stephenson
                                                Trustee for the Liquidation of the Business of
                                                MJK Clearing, Inc.

MJK-General

# James Stephenson, Trustee for MJK Clearing Inc.
## Attachment A
### Mutual Fund Positions Controlled By The Claimant As Of September 27, 2001

| Account Title | Account Number | Claim Number |
|---|---|---|
| KAREN A THOMAS IRA FIRST TRUST NA | 37A-80773824 | 905 |

| Security | Security Description | Position |
|---|---|---|
| 922908504 | VANGUARD INDEX TRUST - GROWTH PORTFOLIO | 77.439L |



# JBOxford
& COMPANY

# Retirement Account

JB OXFORD & COMPANY AS CUST FOR
KAREN A THOMAS IRA

**Account Information**

Account Number: 77134032

Previous Statement: May 31, 2002

Statement Date: Jun 28, 2002



## Account Assets

| | Symbol/ CUSIP | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Annual Yield |
|---|---|---|---|---|---|---|---|---|
| **Cash & Equivalents** | | | | | | | | |
| Cash | | Cash | | | 0.00 | | | |
| **Total: Cash & Equivalents** | | | | | 0.00 | | | |
| **Total: Account Net Assets/Equity** | | | | | 0.00 | | | |

* Unpriced Securities are not included in the Market Value column of your account balance information. Valuation of Security Positions are obtained from an independent source. While our source is considered reliable, prices are approximations and may not reflect prevailing market quotes. THIS IS ESPECIALLY TRUE FOR BOND PRICES. The valuations on your statements are provided only as a general guideline to portfolio value.

## Account Activity

| Activity Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 06/03/02 | Cash | Cash Dividend | | INTEL CORPORATION ON 23 | | .46 |
| 05/30/02 | Cash | Sold | 23- | INTEL CORPORATION RPT 26.69 | 26.69 | 587.85 |
| 06/06/02 | Cash | Interest | | CREDIT INTEREST 6 DAYS AVG BL 1111.42 AVG RATE 000025000 | | .05 |
| 06/06/02 | Cash | Journal | | TERMINATION FEE | | (30.00) |
| 06/06/02 | Cash | Journal | | FEDERAL TAX WITHHOLDING | | (238.46) |
| 06/06/02 | Cash | Journal | | WS2 WIRE SENT | | (2,121.16) |
| 06/06/02 | Cash | Journal | | REV WIRE SENT | | 2,121.16 |
| 06/06/02 | Cash | Journal | | WS2 WIRE SENT PARTL PREM DIST | | (2,121.16) |
| 06/06/02 | Cash | Journal | | WIRE CHG | | (25.00) |

* End of Statement *



# JBOxford & COMPANY

# Retirement Account

| | Previous Statement | Statement Date |
|---|---|---|
| | May 31, 2002 | Jun 28, 2002 |

**Account Information**

Account Number: 77134032
Office ID: 11A    PB: 1004

JB OXFORD & COMPANY AS CUST FOR
KAREN A THOMAS IRA
ROUTE 2 BOX 55
SANDSTONE MN 55072

*Your Personal Broker*
M. RAINER & T. RILEY/JT-REP
JB Oxford & Company
800.799.8870

If you have 20% or less of your portfolio in Fixed Income, please speak to a broker about diversifying your portfolio. Also please be aware that our latest Account Disclosure Agreement is always available online at www.jboxford.com

## Account Summary

| Asset Category | Prior Value 05/31/02 | Current Value 06/28/02 | Percent of Acct Assets | Estimated Annual Income | Yield |
|---|---|---|---|---|---|
| Cash Balance | 1,826.26 | 0.00 | | | |
| Equities | 635.26 | 0.00 | | | |
| Total Portfolio Values | 2,461.52 | 0.00 | | | |
| Total Account Net Assets/Equity | 2,461.52 | 0.00 | | | |

## Earnings Summary

| Income | This Period | Year to Date |
|---|---|---|
| Dividends | 0.46 | 0.46 |
| Credit Interest | 0.05 | 0.05 |
| Total: Income | 0.51 | 0.51 |



9665 Wilshire Blvd. Third Floor • Beverly Hills, CA 90212 • 1-800-JB Oxford • www.jboxford.com

Page 1 of 2



# Retirement Account


stockwalk.com™

KAREN A THOMAS IRA
FIRST TRUST NA CUSTODIAN

**Account Information**
Account Number: 80773824

Previous Statement: Dec 31, 2001
Statement Date: Mar 28, 2002

## Account Assets

| Cash & Equivalents | Symbol/Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Income | Estimated Annual Yield |
|---|---|---|---|---|---|---|---|---|
| Cash | | Cash | | | 0.00 | | | |
| Money Market Fund | | MoneyFund | | | 0.00 | | | |
| **Total: Cash & Equivalents** | | | | | **0.00** | | | |

**Total: Account Net Assets/Equity**  0.00

\* Unpriced Securities are not included in the Market Value column of your account balance information. Valuation of Security Positions are obtained from an independent source. While our source is considered reliable, prices are approximations and may not reflect prevailing market quotes. THIS IS ESPECIALLY TRUE FOR BOND PRICES. The valuations on your statements are provided only as a general guideline to portfolio value.

## Account Activity

| Securities Bought | Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| | 03/22/02 | Cash | Bought | .146 | VANGUARD INDEX TRUST - GROWTH PORTFOLIO NTWK DIVIDEND REIN | 26.22 | (3.88) |
| **Total: Securities Bought** | | | | | | | **(3.88)** |

| Money Fund Withdrawn | Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| | 03/04/02 | MoneyFund | Sell | | LIQUIDATION | | (3.77) |
| **Total: Money Fund Withdrawn** | | | | | | | **(3.77)** |

| Funds Withdrawn | Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| | 03/04/02 | Cash | Funds Withdrawn | | CONVERTED TO JB OXFORD | | (4.23) |
| **Total: Funds Withdrawn** | | | | | | | **(4.23)** |

## Income Activity

| Cash/Margin/Short Accounts | Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| | 03/01/02 | Cash | Cash Div on 23 | | INTEL CORP | | .46 |
| | 03/25/02 | Cash | Cash Dividend | | VANGUARD INDEX TRUST - GROWTH PORTFOLIO DIVIDEND R/I   NTWK | | 3.88 |
| **Total: Cash/Margin/Short Accounts** | | | | | | | **4.34** |
| **Total: Income Activity** | | | | | | | **4.34** |

# stockwalk.com 

# Retirement Account

| | Previous Statement | Statement Date |
|---|---|---|
| | Dec 31, 2001 | Mar 28, 2002 |

**Account Information**

Account Number: 80773824
Office ID: 37A    AE: Q001

**Your Account Executive**

STOCKWALK.COM
5500 WAYZATA BOULEVARD STE 620
MINNEAPOLIS MN 55416
800-259-2800

KAREN A THOMAS IRA
FIRST TRUST NA CUSTODIAN
ROUTE 2 BOX 55
SANDSTONE MN 55072

## Account Summary

| Asset Category | Prior Value 12/31/01 | Current Value 03/28/02 | Percent of Acct Assets | Estimated Annual Income | Yield |
|---|---|---|---|---|---|
| Cash Balance | 0.00 | 0.00 | | | |
| Money Market Funds | 3.77 | 0.00 | | | |
| Equities | 723.35 | 0.00 | | | |
| Mutual Funds | 2,048.19 | 0.00 | | | |
| **Total: Portfolio Values** | **2,775.31** | **0.00** | | | |
| **Total: Account Net Assets/Equity** | **2,775.31** | **0.00** | | | |

## Earnings Summary

| Taxable Income | This Period | Year to Date |
|---|---|---|
| Dividends | 4.34 | 4.34 |
| Interest | 0.00 | 0.00 |
| Money Market Funds Div | 0.00 | 0.00 |
| **Total: Taxable Income** | **4.34** | **4.34** |
| Non-Taxable Income | 0.00 | 0.00 |
| **Total: Non-Taxable Income** | **0.00** | **0.00** |
| **Total: Income** | **4.34** | **4.34** |
| Expense | 0.00 | 0.00 |
| **Total: Expenses** | **0.00** | **0.00** |

## Consolidated Activity Summary

| | Cash/Margin/Short Accounts This Period | Money Market Accounts This Period |
|---|---|---|
| Opening Balance | 0.00 | 3.77 |
| Securities Bought | (3.88) | 0.00 |
| Securities Sold | 0.00 | 0.00 |
| Money Fund Deposited | 0.00 | 0.00 |
| Money Fund Withdrawn | 3.77 | (3.77) |
| Funds Deposited | 0.00 | 0.00 |
| Funds Withdrawn | (4.23) | 0.00 |
| Income Activity | 4.34 | 0.00 |
| Closing Balance | 0.00 | 0.00 |

# Retirement Account



**KAREN A THOMAS IRA**
**FIRST TRUST NA CUSTODIAN**

### Account Information
Account Number: 80773824

Previous Statement: Dec 31, 2001
Statement Date: Mar 28, 2002

## Account Activity

### Other Activity

| Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 03/04/02 | Cash | Delivered | 23- | INTEL CORP CONVERTED TO JB OXFORD | | |
| 03/28/02 | Cash | Delivered | 77.702- | VANGUARD INDEX TRUST - GROWTH PORTFOLIO DIRECT TRANSFER | $ 26.06 | |

**Total: Other Activity** 0.00

5500 Wayzata Boulevard, Ste 620, Minneapolis, MN 55416 • 1-800-259-2800 • www.stockwalk.com