UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

SECURITIES INVESTOR PROTECTION
 CORPORATION,

                Plaintiff-Applicant,          Adv. Proc. No. 01-4257 (RJK)

v.

MJK CLEARING, INC.

                Defendant.

## **ORDER**

On June 28, 2006, this matter came before the Court on the Trustee's Second Omnibus Motion to Affirm Claim Determinations and Disallow Claims (the "Motion") filed by James P. Stephenson, as trustee for the liquidation of MJK Clearing, Inc. Based upon the Motion, responsive pleadings filed by Norman and Sarah Heidelberger, and the Court being advised of a settlement between the Trustee and Norman and Sarah Heidelberger,

IT IS HEREBY ORDERED:

The Trustee's determination as to each of the claims listed below is affirmed and each of the claims listed below are disallowed

| Claimant Name | Docket Number(s) | Claim Number(s) |
|---|---|---|
| Patricia Sauve | -- | 1733 |
| Northwoods Bank | 176-1 | 4230 |
| United Prairie Bank, as successor by merger to Community Bank of Minnesota | 187-1<br>196-1 | 5020 |
| MPAC Capital Partners LP | 199-1 | 5030 |

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/28/06
Lori Vosejpka, Clerk, By lmh

| Claimant Name | Docket Number(s) | Claim Number(s) |
|---|---|---|
| MPAC Capital Partners LP | -- | December 17, 2001 General Estate Claim[1] |
| Mark Hantusch | -- | 5436 |
| Angeline T. Classon | 120-1 | 6348 |
| Florence E. Thompson | -- | 7711 |
| Jane A. Hilsendager and Robert Hilsendager Jt Ten | -- | 8784 |
| Daryl and Darleen Demos | -- | 10669 |
| Kathleen Fischang | -- | 11356 |
| Paul and Joanna Kuehn, Kuehn Investments, Paul Kuehn | 257-1 | 15324 15325 15327 15329 |
| Norbert Hensch | -- | 18178 |
| Peoples Federal Savings Bank | -- | 20622 |
| Patricia McLeish Custodian for Samir Othman | -- | 26984 |
| American State Bank | -- | 26998 |
| George D. Marx | -- | 27110 |

Dated: June 28, 2006         /e/ Robert J. Kressel
                              Robert J. Kressel
                              United States Bankruptcy Judge

---

[1] No claim number was assigned to MPAC Capital Partners LP's December 17, 2001 General Estate Claim.