UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

SECURITIES INVESTOR PROTECTION
  CORPORATION,

        Plaintiff-Applicant,        Adv. Proc. No. 01-4257 RJK

v.

MJK CLEARING, INC.,

        Defendant.
_____

**TRUSTEE'S NINETEENTH INTERIM REPORT FOR THE
PERIOD FROM APRIL 1, 2006 THROUGH JUNE 30, 2006**

TO THE HONORABLE ROBERT J. KRESSEL,
UNITED STATES BANKRUPTCY JUDGE

        James P. Stephenson, as trustee (the "Trustee") for the liquidation of MJK Clearing, Inc. (the "Debtor"), respectfully submits his Nineteenth Interim Report (this "Report") in accordance with the terms of this Court's Order entered on November 5, 2001 (the "Housekeeping Order"), and pursuant to Section 78fff-1(c) of the Securities Investor Protection Act of 1970 ("SIPA"), 15 U.S.C. § 78fff-1(c). This Report covers the period from April 1, 2006 through June 30, 2006 (the "Reporting Period").

**I.    Introduction**

        1.    On September 27, 2001 (the "Filing Date"), pursuant to Section 78eee(a)(3) of SIPA, the Securities Investor Protection Corporation ("SIPC") filed a Complaint and Application in the United States District Court for the District of Minnesota (the "District Court") alleging, among other things, that the Debtor failed to meet its

obligations to customers and that the Debtor's customers were in need of the protections provided by SIPA.

2. On the Filing Date, the Honorable Richard H. Kyle, Judge of the District Court, entered an Order Commencing SIPA Liquidation Proceeding (the "Protective Order"), which, among other things, determined that the Debtor's customers were in need of the protections afforded by SIPA, commenced the liquidation proceeding, appointed the Trustee as the trustee for the liquidation of the Debtor, appointed Faegre & Benson LLP ("Faegre & Benson") as counsel for the Trustee, stayed certain actions in connection with the Debtor and its property, and removed the liquidation proceeding to this Court.

## II. Background

3. Prior to its demise, the Debtor, a member of SIPC and a broker-dealer registered with the Securities and Exchange Commission, was engaged in the business of acting as a clearing firm for stock and other securities transactions. The Debtor was a clearing firm for its wholly owned subsidiary, Miller Johnson Steichen Kinnard, Inc. ("MJSK"), and sixty-four other independent, non-affiliated introducing firms (the "Outside Introducing Firms"). The Debtor cleared trades for approximately 175,000 individual account holders (the "Customers") as clearing agent for MJSK and the Outside Introducing Firms.

4. Prior to filing this Report, the Trustee filed with this Court quarterly interim reports for the periods ending as of December 31, 2001; March 29, 2002; June 27, 2002; September 30, 2002; December 31, 2002; March 31, 2003; June 30, 2003; September 30, 2003; December 29, 2003; March 31, 2004; June 30, 2004; September 30, 2004; December 31, 2004; March 31, 2005; June 30, 2005; September 30, 2005; December 31,

2005; and March 31, 2006 (these reports collectively, the "Prior Reports"). For a detailed description of all matters and activities in the Debtor's liquidation proceeding occurring prior to April 1, 2006, see the Prior Reports.

## III. Administration of the Estate

### A. Trustee's Staff

5. The Trustee has employed the following firms and individuals to assist the Trustee in his duties concerning the orderly liquidation of the Debtor's estate and the satisfaction of customer claims: Faegre & Benson, Financial Industry Technical Services, Inc. ("FITS"), PricewaterhouseCoopers LLP ("PWC"), International Investigations ("International"), Foley & Lardner LLP ("Foley"), Borden Ladner Gervais LLP ("BLG"), Greenbaum, Rowe, Smith, Ravin, Davis & Himmel, LLP ("Greenbaum"), and Ronald E. Pump of The Law Firm of Mohamed Al-Sharif ("Pump"; collectively, with FITS, PWC, International, Foley, BLG, and Greenbaum, the "Trustee's Staff"). As described in the Prior Reports and herein, the Trustee's Staff assists the Trustee in the performance of assorted functions germane to the liquidation proceeding, including, but not limited to, facilitating customer account transfers; evaluating the estate's assets, including claims on behalf of the estate; investigating the Debtor's practices; processing, analyzing, and resolving customer claims; representing the Trustee in litigation; and providing legal advice to the Trustee.

### B. Trustee's Activities

6. Through March 31, 2006, the Trustee oversaw the matters described in the Prior Reports. During the period from April 1, 2006 through June 30, 2006, the Trustee has taken or overseen the actions described below.

3

**IV.   Claims**

7.   As of June 30, 2006, the Trustee had received a total of 26,951 Customer claims.  The Trustee delivered determination letters to 26,897 Customer claimants.  In addition, the Trustee resolved 54 customer claims filed by parties who made secured demand notes to the Debtor ("Secured Demand Noteholders") pursuant to a settlement approved by the Bankruptcy Court on February 12, 2003.

8.   With respect to the 26,897 Customer claims for which determination letters were delivered, this Court and the Trustee received 99 objections or responses to the determination letters.  Each of the objections and responses have been resolved, either by order of this Court, through the claimant's withdrawal of the objection, or by the Trustee's providing additional information to the claimant.  Accordingly, all customer claims have been resolved.

9.   The Trustee received a total of 147 claims[1] from claimants other than Customers[2].  In addition, the Court allowed 8 claims originally filed as customer claims as general estate claims, for a total of 155 claims from claimants other than Customers.

10.   As of June 30, 2006, of the 155 general estate claims from claimants other than Customers, 113 were allowed or allowed in part, 33 were disallowed, 5 were withdrawn by the claimants, and 4 remained unresolved.[3]  As of June 30, 2006, the Trustee

---

[1] This Report covers the Reporting Period until June 30, 2006.  On July 20, 2006, the Internal Revenue Service filed a claim against the estate for $3,054,897.42.  The Internal Revenue Service's claim is not included in these amounts because it was filed after the Reporting Period.
[2] The Secured Demand Noteholders originally filed Customer claims.  As a result of the settlement that was approved by this Court on February 12, 2003, these claims have been included in the calculation of the number of claims from claimants other than Customers.
[3] The Trustee continues to review the general estate claims filed in this case.  Accordingly, this number may be revised.

4

had distributed $31,063,756.68 in principal and $3,636,400.41 in interest on account of 106 of the allowed general estate claims.

11. The aggregate dollar amount of claims in which the claimant has agreed to a settlement that still must be approved by the Court is $47,313.44. The filed or disputed amount of the 4 unresolved general estate claims is $1,448,133.40. Seven of the allowed general estate claimants with claims of $1,569,411.32 had not returned requested tax documentation as of June 30, 2006, and therefore had not received their distributions. Upon receipt of proper tax documentation, the remaining allowed general estate claimants will receive the allowed amounts of their claims.

## V. Trustee's Investigation

12. SIPA requires the Trustee "to investigate the acts, conduct, property, liabilities, and financial condition of the debtor, the operation of its business, and any other matter, to the extent relevant to the liquidation proceeding, and report thereon to the court." 15 U.S.C. § 78fff-1(d).

13. A significant portion of the results of the Trustee's investigation is reflected in the Trustee's complaint against Deutsche Bank AG and various related parties, which complaint and resulting settlement are discussed in detail in Paragraphs 18 through 21 of this Report.

## VI. Pending Litigation

14. Upon the entry of the Protective Order, all litigation against the Debtor was automatically stayed pursuant to Section 362 of the Bankruptcy Code. The Trustee is currently engaged in the matters described below.

### A. Native Nations

15. As previously reported in the Prior Reports, the Trustee obtained a judgment against Native Nations Securities, Inc. ("Native Nations") on June 12, 2002, in the amount of $209,774,551.59.

16. On August 19, 2002, an involuntary Chapter 7 bankruptcy petition was filed against Native Nations in the United States Bankruptcy Court for the District of New Jersey. On January 24, 2003, the Court entered an order for relief against Native Nations. On February 14, 2003, the Court appointed a Chapter 7 Trustee to oversee the liquidation of Native Nations' assets.

17. The Trustee has filed claims in the Native Nations' bankruptcy case totaling approximately $226,000,000 (the "Native Nations Claims"). The Trustee and his counsel continue to monitor Native Nations' bankruptcy case and work with Native Nations' Chapter 7 Trustee and his counsel to maximize the Trustee's recovery on the Native Nations Claims. The Trustee believes that he will recover approximately $3,000,000 on the Native Nations Claims, sometime before the end of 2006.

### B. Deutsche Bank AG, et al.

18. On September 19, 2002, the Trustee filed a complaint commencing an adversary proceeding (Adv. No. 02-4178) (Bankr. D. Minn. 2002) against Deutsche Bank AG and various other parties (as subsequently amended, the "Deutsche Complaint"). On December 18, 2002, this Court entered an Order transferring the case to the District Court (Court File No. 02-CV-4845). The case is currently pending before Judge Kyle.

19. On June 26 and 27, 2006, the Trustee participated in a settlement conference with Defendants GenesisIntermedia, Inc., Richard Evangelista, and Bradford

6

Keiller before Magistrate Judge Boylan. The Settlement Conference will continue on August 16, 2006.

20. On July 6, 2006, upon request of the parties, Judge Kyle issued an Order extending the Court's jurisdiction to October 1, 2006.

21. On July 10, 2006, the Trustee filed a motion for default judgment against Defendants Kenneth D'Angelo, RBF International, Inc., GenesisIntermedia, Inc., Ramy El-Batrawi, Ultimate Holdings, Ltd., and Adnan Khashoggi, which is currently scheduled to be heard by Judge Kyle on August 22, 2006.

**C. Greenblatt, et al.**

22. In addition to those adversary proceedings stemming from margin loan accounts described below and in the Prior Reports, the Trustee filed a complaint on February 24, 2003, commencing an adversary proceeding (Adv. No. 03-4053) (Bankr. D. Minn. 2003) against Leon A. Greenblatt, Banco Panamericano, Inc., Loop Corp., Nola L.L.C., and Repurchase Corp. (collectively, the "Greenblatt Defendants") seeking to collect more than $6,800,000 pursuant to margin loan agreements, promissory notes, and a guaranty.

23. In October 2003, this Court entered a judgment awarding the Trustee more than $4,500,000 from several of the Greenblatt Defendants, as well as $3,000,000 worth of tax credits and $114,986.93 in attorneys' fees and expenses. The Greenblatt Defendants filed an appeal with the District Court. On appeal, the District Court upheld this Court's decision, but reduced the amount of the monetary judgment by $3,000,000.

24. The Greenblatt Defendants filed an appeal challenging the District Court's determination that the promissory notes and guaranty were supported by consideration. Following a briefing and argument of the issues on appeal, the United States

Court of Appeals for the Eighth Circuit entered an order upholding the decision of the District Court.

25. Currently, the Trustee is proceeding with collection efforts in Illinois with the assistance of Foley.

### D. Margin Loans

26. As described in the Prior Reports, the Trustee commenced numerous adversary proceedings seeking the turnover and a judgment for monies owed to the Debtor on account of margin loans. During the last quarter, as part of his collection actions, the Trustee has continued to pursue an action against Robert Hill (Adv. Proc. No. 05-4291) (Bankr. D. Minn. 2005), which action is currently scheduled for trial on July 14, 2006.

## VII. Trustee's Accounting

27. Through June 30, 2006, the Trustee requested, and obtained from SIPC, advances in the amount of $201,039,816.42. The entire amount advanced by SIPC has been repaid, plus interest (in the amount of $11,294,487.78). The amounts previously advanced by SIPC were used primarily to purchase securities for Customer accounts, but also used to pay administrative expense claims and other expenses incurred by the Trustee.

28. As of June 30, 2006, the Trustee had investments valued at $21,933,367.53 in U.S. treasuries and FDIC-insured deposits through Wells Fargo Bank, National Association's Corporate Trust department. In addition, the Trustee had $150,532.17 on deposit in a bank account with Wells Fargo Bank, National Association.

29. The foregoing represents a summary of the material events that have occurred from April 1, 2006 through June 30, 2006.

Dated: August 2, 2006

/e/ Theresa H. Dykoschak
Stephen M. Mertz (#212131)
Theresa H. Dykoschak (#0349999)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901
Phone # (612) 766-7000
Fax # (612) 766-1600

Attorneys for James P. Stephenson,
as trustee for the liquidation of
MJK Clearing, Inc.

M1:1334723.02

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

SECURITIES INVESTOR PROTECTION
 CORPORATION,

        Plaintiff-Applicant,        Adv. Proc. No. 01-4257 RJK

v.

MJK CLEARING, INC.,

        Defendant.
_____

## UNSWORN CERTIFICATE OF SERVICE

I, Diane E. Piechocki, declare under penalty of perjury that on the 2nd day of August, 2006, I served the annexed **Trustee's Nineteenth Interim Report for the Period from April 1, 2006 through June 30, 2006,** and this **Unsworn Certificate of Service** on the persons listed on the attached list by placing a copy thereof in an envelope and arranging for the deposit of same, postage prepaid, in the United States Mails at Minneapolis, Minnesota.

Dated: August 2, 2006                                                       /s/ Diane E. Piechocki
                                                                           Diane E. Piechocki

M1:1334723.02

# SERVICE LIST

| | |
|---|---|
| Ted S. Meikle<br>Meikle Law Firm<br>90 South 7th St., Suite 4700<br>Minneapolis, MN 55402<br>Phone: (612) 336-7710<br>Fax: (612) 339-6686<br>E-mail: ted@meiklelawfirm.com | MJK Clearing, Inc.<br>c/o Todd Miller<br>Miller Johnson Steichen & Kinnard<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Phone: (612) 455-5555<br>Fax: (612) 455-5600 |
| The Stockwalk Group, Inc.<br>James L. Baillie<br>Clinton E. Cutler<br>Fredrikson & Byron<br>Suite 4000<br>200 South Sixth Street<br>Minneapolis, MN 55402-3397<br>Phone: (612) 347-7000<br>Fax: (612) 347-7077 | Securities Investor Protection Corporation<br>c/o Ken Caputo<br>805 Fifteenth Street, N.W.<br>Suite 800<br>Washington, D.C. 20005-2207<br>Phone: (202) 371-8300<br>Fax: (202) 371-6728 |
| Bryon Bequette<br>MathStar, Inc.<br>5900 Green Oak Drive<br>Minneapolis, MN 55343<br>Phone: (952) 746-2200<br>Fax: (952) 746-2201<br>E-mail: bryon.beqette@mathstar.com | Mark C. McCullough<br>The Colonnade<br>Suite 730<br>5500 Wayzata Boulevard<br>Minneapolis, MN 55416<br>Phone: (763) 545-0833<br>Fax: (763)-545-0834 |
| Henry F. Minnerop, Esq.<br>Sidley Austin Brown & Wood<br>787 Seventh Avenue<br>New York, NY 10019<br>Phone: (212) 839-5300<br>Fax: (212) 839-5599 | Terence M. Fruth<br>Thomas E. Jamison<br>Fruth, Jamison & Elsass, P.A.<br>3902 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Phone: (612) 344-9700<br>Fax: (612) 344-9705 |

| | |
|---|---|
| Investment Centers of America<br>c/o James L. Simon<br>Jackson National Life Insurance Co.<br>1 Corporate Way<br>Lansing, MI  48951<br>Phone: (517) 702-2468 | Wells Fargo Bank, N.A.<br>c/o Mark J. Kalla<br>Bruce A. MacKenzie<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Fax: (612) 340-2643<br>E-mail: kalla.mark@dorseylaw.com |
| Mr. James K. Langdon II<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN   55402-1498<br>Phone:  (612) 340-8759<br>Fax:  (612) 340-8800<br>E-Mail:  langdon.jim@dorseylaw.com | Stephen D. Lerner<br>Squire, Sanders & Dempsey L.L.P.<br>312 Walnut Street<br>Suite 3500<br>Cincinnati, OH 45202<br>Phone:  (513) 361-1220<br>Fax:  (513) 361-1201<br>E-mail:  slerner@ssd.com |
| Sonia U. Chae<br>Securities & Exchange Commission<br>175 W. Jackson Blvd., Suite 900<br>Chicago, IL  60604<br>Phone:  (312) 353-7390 | Teri M. Swanson<br>Securities and Exchange Commission<br>450 Fifth Street, N.W. (mail stop 6-6)<br>Washington, D.C. 20549-0606<br>Phone:  (202) 942-0956<br>Fax:  (202) 942-9625 |
| Native Nations Securities, Inc.<br>c/o Proskauer Rose LLP<br>Attn: Michael E. Foreman, Esq.<br>         Peter J.W. Sherwin, Esq.<br>1585 Broadway<br>New York, NY 10036-8299<br>Phone: (212) 969-3000<br>Facsimile: (212) 969-2900 | The Stockwalk Group, Inc.<br>c/o Leonard, Street and Deinard<br>Steven D. DeRuyter<br>Larry B. Ricke<br>150 S. Fifth St., Suite 2300<br>Minneapolis, MN  55402<br>Phone: (612) 335-1500<br>Facsimile: (612) 335-1657 |
| Pax Clearing Corporation<br>c/o Stephen P. Bedell<br>Foley & Lardner<br>321 North Clark, Suite 2800<br>Chicago, IL 60610<br>Phone: (312) 832-4500<br>Facsimile: (312) 832-4700 | Pax Clearing Corporation<br>c/o Paul L. Ratelle<br>Fabyanske, Westra & Hart, P.A.<br>800 LaSalle Ave. #1900<br>Minneapolis, MN 55402<br>Phone: (612) 338-0115<br>Facsimile: (612) 338-3857 |

| | |
|---|---|
| Michael A. Pysno, Esq.<br>RBC Dain Rauscher Incorporated<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Phone: (612) 371-7766<br>Facsimile: (612) 371-7611 | George Vasios<br>Securities & Exchange Commission<br>Midwest Regional Office<br>Attn: Bankruptcy Section<br>175 W. Jackson Blvd.<br>Suite 900<br>Chicago, IL 60604 |
| Peter D. Wolfson, Esq.<br>Holly S. Falkowitz, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>Phone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>E-mail: pwolfson@sonnenschein.com<br>E-mail: hfalkowitz@sonnenschein.com | Affiliated Financial Services, Inc.<br>c/o Barry L. Wilkie<br>Jones & Keller, P.C.<br>1625 Broadway, Suite 1600<br>Denver, CO 80202<br>Phone: (303) 573-1600<br>Facsimile: (303) 893-6506 |
| E*Trade Securities, LLC<br>c/o William P. Wassweiller<br>Rider Bennett, LLP<br>33 South Sixth Street, Suite 4900<br>Minneapolis, MN 55402-3716<br>Phone: (612) 340-7973 | Joe Dansky<br>Bisys Group<br>90 Park Avenue, 10th Floor<br>New York, NY 10016 |
| Christopher J. Barber<br>Stephen O'Donnell<br>Elissa Isaacs<br>Piper Marbury Rudnick & Wolfe<br>203 North LaSalle Street<br>Suite 1800<br>Chicago, IL 60601-1293<br>Phone: (312) 368-4000<br>Facsimile: (312) 236-7516 | E*Trade Securities Corporation, Inc.<br>c/o Monica L. Clark<br>Dorsey & Whitney LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2643 |
| E*Trade Securities LLC<br>c/o Edward M. McDonald<br>Christopher P. Hall<br>Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6273<br>E-Mail: nherman@morganlewis.com | Stephen M. Case Revocable Trust<br>c/o John C. Thomas, Esq.<br>Todd C. Pearson, Esq.<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2643 |

| | |
|---|---|
| Investment Centers of America<br>c/o Diane Rajt<br>Associate General Counsel<br>Jackson National Life Insurance Company<br>1 Corporate Way<br>Lansing, MI 48951 | Mr. Richard Kirby<br>Preston Gates Ellis & Rouvelas Meeds LLP<br>1735 New York Ave. NW<br>Suite 500<br>Washington, DC 20006-5209<br>Phone: (202) 628-1700<br>Facsimile: (202) 331-1024 |
| William C. Burnside<br>William C. Burnside & Co., Inc.<br>111 N. Vermillion<br>P.O. Box 507<br>Danville, IL 61834-0507<br>Phone: (217) 443-3310 | E*Trade Securities LLC<br>c/o Richard C. St. John, Esq.<br>Munger, Tolles & Olson LLP<br>355 S. Grand Ave.<br>35th Floor<br>Los Angeles, CA 90071-1560<br>E-Mail: stjohnr@mto.com |
| Mr. David Ebel<br>Schwabe Williamson & Wyatt<br>1420 Fifth Avenue, Suite 3010<br>Seattle, WA 98101<br>Phone: (206) 407-1525<br>E-mail: debel@schwabe.com | Investment Centers of America<br>c/o Gerry Gunderson<br>SVP, CCO and General Counsel<br>Investment Centers of America, Inc.<br>212 North Fourth Street<br>Bismarck, ND 58501<br>Phone: (701) 250-3203 |
| Teresa J. Kimker<br>Halleland Lewis Nilan & Johnson<br>600 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4501<br>Phone: (612) 204-4175<br>E-mail: tkimker@halleland.com | Primeshares<br>Attn: Sid J. Garabato<br>60 Madison Ave.<br>2nd Floor<br>New York, NY 10011-1600<br>Phone: (212) 889-5714<br>Facsimile: (212) 889-2232<br>E-mail: ksync@primeshares.com |

M1:1334723.02