179216

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends for Deposit to Registry Fund**

Debtor: MJK Clearing, Inc.

Adversary Proceeding No. 01-4257

Please Check One:

__X__ Unclaimed Dividends

_____ Distribution Less Than $5

| Name and Address of Customer or Creditor | Allowed Amount of Claim | Distribution Amount |
|---|---|---|
| Munimart.com Inc.<br>400 Park Avenue<br>14th Floor<br>New York, NY 10022 | $14,489.38 | $14,489.38 |
| Kimberly Securities<br>775 Park Avenue<br>Suite 145<br>Huntington, NY 11743 | $4,004.70 | $4,004.70 |
| Catalyst Trading LLC<br>Attn: Dan Uslander<br>50 Broadway<br>2nd Floor<br>New York, NY 10004 | $1,377.37 | $1,377.37 |
| Concord Services LLC<br>150 So Wacker<br>Ste 350<br>Chicago, IL 60606 | $2,093.37 | $2,093.37 |
| Waterford Financial Inc.<br>400 So 4th Street<br>Suite 1050<br>Minneapolis, MN 55415 | $556.90 | $556.90 |
| Equitrade Securities Corp.<br>23736 Birtcher Dr.<br>Att K Carroll<br>Lake Forest, CA 92630 | $8,631.98 | $8,631.98 |

| Security Investment Co of Kansas City<br>Attn Steve Hook<br>4800 Main Street<br>Suite 230<br>Kansas City, MO 64112 | $5,340.75 | $5,340.75 |
|---|---|---|
| Sanford Roberts Inc.<br>32772 Galapagos Ln<br>Dana Point, CA 92629 | $155.54 | $155.54 |
| Thomson Financial Investment Marketing<br>11 Penn Plaza<br>17th Floor<br>New York, NY 10001 | $3,500.00 | $3,968.71[1] |
| | **TOTAL** | **$40,618.70** |

Dated: November 21, 2006

*Theresa H. Dykoschak*
Theresa H. Dykoschak (#0349999)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

COUNSEL FOR JAMES P. STEPHENSON, AS TRUSTEE FOR THE LIQUIDATION OF MJK CLEARING, INC.

fb.us.1672359.03

---

[1] Pursuant to 11 U.S.C. § 726(a), as applicable in a SIPA proceeding pursuant to 15 U.S.C. § 78fff(b), the Trustee has calculated and provided payment of interest on the unsecured general estate claim of Thomson Financial Investment Marketing. This interest amount was calculated from the petition date, September 27, 2001, through the date on which the Trustee is depositing the unclaimed dividend with this Court. The remaining unclaimed dividends listed herein are customer claims. No provisions in the Bankruptcy Code or SIPA require payment of interest on customer claims. Accordingly, the Trustee has not calculated or provided interest amounts for the remaining claims listed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,        Adv. Proc. No. 01-4257 RJK

v.

MJK CLEARING, INC.,

        Defendant.

## STATEMENT OF THE TRUSTEE

I, James P. Stephenson, the liquidating trustee of MJK Clearing, Inc., have attempted to make distributions to the claimants listed on the attached list of Unclaimed Dividends for Deposit to Registry Fund. I am providing this list of claimants with unclaimed dividends, along with a check for the unclaimed dividends, pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. Pro. 3011.

Dated: November 21, 2006

                                            James P. Stephenson,
                                            Liquidating Trustee for
                                            MJK Clearing, Inc.

fb.us.1672359.03

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,        Adv. Proc. No. 01-4257 RJK

v.

MJK CLEARING, INC.,

        Defendant.

## UNSWORN CERTIFICATE OF SERVICE

    I, Kim Johnson, declare under penalty of perjury that on the 21st day of November, 2006, I served the annexed **Unclaimed Dividends for Deposit to Registry Fund** and this **Unsworn Certificate of Service** on the persons listed on the attached list by placing a copy thereof in an envelope and arranging for the deposit of same, postage prepaid, in the United States Mails at Minneapolis, Minnesota.

Dated: November 21, 2006                      *Kim Johnson*
                                                    Kim Johnson

fb.us.1672359.03

# SERVICE LIST

| | |
|---|---|
| Ted S. Meikle<br>Meikle Law Firm<br>90 South 7th St., Suite 4700<br>Minneapolis, MN 55402<br>Phone: (612) 336-7710<br>Fax: (612) 339-6686<br>E-mail: ted@meiklelawfirm.com | MJK Clearing, Inc.<br>c/o Todd Miller<br>Miller Johnson Steichen & Kinnard<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Phone: (612) 455-5555<br>Fax: (612) 455-5600 |
| The Stockwalk Group, Inc.<br>James L. Baillie<br>Clinton E. Cutler<br>Fredrikson & Byron<br>Suite 4000<br>200 South Sixth Street<br>Minneapolis, MN 55402-3397<br>Phone: (612) 347-7000<br>Fax: (612) 347-7077 | Securities Investor Protection Corporation<br>c/o Ken Caputo<br>805 Fifteenth Street, N.W.<br>Suite 800<br>Washington, D.C. 20005-2207<br>Phone: (202) 371-8300<br>Fax: (202) 371-6728 |
| Bryon Bequette<br>MathStar, Inc.<br>5900 Green Oak Drive<br>Minneapolis, MN 55343<br>Phone: (952) 746-2200<br>Fax: (952) 746-2201<br>E-mail: bryon.beqette@mathstar.com | Mark C. McCullough<br>The Colonnade<br>Suite 730<br>5500 Wayzata Boulevard<br>Minneapolis, MN 55416<br>Phone: (763) 545-0833<br>Fax: (763)-545-0834 |
| Henry F. Minnerop, Esq.<br>Sidley Austin Brown & Wood<br>787 Seventh Avenue<br>New York, NY 10019<br>Phone: (212) 839-5300<br>Fax: (212) 839-5599 | Terence M. Fruth<br>Thomas E. Jamison<br>Fruth, Jamison & Elsass, P.A.<br>3902 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Phone: (612) 344-9700<br>Fax: (612) 344-9705 |

| | |
|---|---|
| Primeshares<br>Attn: Sid J. Garabato<br>60 Madison Ave.<br>2nd Floor<br>New York, NY 10011-1600<br>Phone: (212) 889-5714<br>Facsimile: (212) 889-2232<br>E-mail: ksync@primeshares.com | Wells Fargo Bank, N.A.<br>c/o Mark J. Kalla<br>Bruce A. MacKenzie<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Fax: (612) 340-2643<br>E-mail: kalla.mark@dorseylaw.com |
| Mr. James K. Langdon II<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Phone: (612) 340-8759<br>Fax: (612) 340-8800<br>E-Mail: langdon.jim@dorseylaw.com | Stephen D. Lerner<br>Squire, Sanders & Dempsey L.L.P.<br>312 Walnut Street<br>Suite 3500<br>Cincinnati, OH 45202<br>Phone: (513) 361-1220<br>Fax: (513) 361-1201<br>E-mail: slerner@ssd.com |
| Sonia U. Chae<br>Securities & Exchange Commission<br>175 W. Jackson Blvd., Suite 900<br>Chicago, IL 60604<br>Phone: (312) 353-7390 | Teri M. Swanson<br>Securities and Exchange Commission<br>100 F Street NE<br>Washington, D.C. 20549<br>Phone: (202) 942-0956<br>Fax: (202) 942-9625 |
| Native Nations Securities, Inc.<br>c/o Proskauer Rose LLP<br>Attn: Michael E. Foreman, Esq.<br>      Peter J.W. Sherwin, Esq.<br>1585 Broadway<br>New York, NY 10036-8299<br>Phone: (212) 969-3000<br>Facsimile: (212) 969-2900 | The Stockwalk Group, Inc.<br>c/o Leonard, Street and Deinard<br>Steven D. DeRuyter<br>Larry B. Ricke<br>150 S. Fifth St., Suite 2300<br>Minneapolis, MN 55402<br>Phone: (612) 335-1500<br>Facsimile: (612) 335-1657 |
| Pax Clearing Corporation<br>c/o Stephen P. Bedell<br>Foley & Lardner<br>321 North Clark, Suite 2800<br>Chicago, IL 60610<br>Phone: (312) 832-4500<br>Facsimile: (312) 832-4700 | Pax Clearing Corporation<br>c/o Paul L. Ratelle<br>Fabyanske, Westra & Hart, P.A.<br>800 LaSalle Ave. #1900<br>Minneapolis, MN 55402<br>Phone: (612) 338-0115<br>Facsimile: (612) 338-3857 |

| | |
|---|---|
| Michael A. Pysno, Esq.<br>RBC Dain Rauscher Incorporated<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Phone: (612) 371-7766<br>Facsimile: (612) 371-7611 | George Vasios<br>Securities & Exchange Commission<br>Midwest Regional Office<br>Attn: Bankruptcy Section<br>175 W. Jackson Blvd.<br>Suite 900<br>Chicago, IL 60604 |
| Peter D. Wolfson, Esq.<br>Holly S. Falkowitz, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>Phone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>E-mail: pwolfson@sonnenschein.com<br>E-mail: hfalkowitz@sonnenschein.com | Affiliated Financial Services, Inc.<br>c/o Barry L. Wilkie<br>Jones & Keller, P.C.<br>1625 Broadway, Suite 1600<br>Denver, CO 80202<br>Phone: (303) 573-1600<br>Facsimile: (303) 893-6506 |
| E*Trade Securities, LLC<br>c/o William P. Wassweiller<br>Rider Bennett, LLP<br>33 South Sixth Street, Suite 4900<br>Minneapolis, MN 55402-3716<br>Phone: (612) 340-7973 | Joseph D. Dansky<br>Senior Corporate Counsel<br>The BISYS Group, Inc.<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068 |
| Christopher J. Barber<br>Stephen O'Donnell<br>Elissa Isaacs<br>Piper Marbury Rudnick & Wolfe<br>203 North LaSalle Street<br>Suite 1800<br>Chicago, IL 60601-1293<br>Phone: (312) 368-4000<br>Facsimile: (312) 236-7516 | E*Trade Securities Corporation, Inc.<br>c/o Monica L. Clark<br>Dorsey & Whitney LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2643 |
| E*Trade Securities LLC<br>c/o Edward M. McDonald<br>Christopher P. Hall<br>Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6273<br>E-Mail: nherman@morganlewis.com | Stephen M. Case Revocable Trust<br>c/o John C. Thomas, Esq.<br>Todd C. Pearson, Esq.<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2643 |

| Teresa J. Kimker<br>Halleland Lewis Nilan & Johnson<br>600 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4501<br>Phone: (612) 204-4175<br>E-mail: tkimker@halleland.com | Mr. Richard Kirby<br>Preston Gates Ellis & Rouvelas Meeds LLP<br>1735 New York Ave. NW<br>Suite 500<br>Washington, DC 20006-5209<br>Phone: (202) 628-1700<br>Facsimile: (202) 331-1024 |
|---|---|
| William C. Burnside<br>William C. Burnside & Co., Inc.<br>111 N. Vermillion<br>P.O. Box 507<br>Danville, IL 61834-0507<br>Phone: (217) 443-3310 | E*Trade Securities LLC<br>c/o Richard C. St. John, Esq.<br>Munger, Tolles & Olson LLP<br>355 S. Grand Ave.<br>35th Floor<br>Los Angeles, CA 90071-1560<br>E-Mail: stjohnr@mto.com |
| Mr. David Ebel<br>Schwabe Williamson & Wyatt<br>1420 Fifth Avenue, Suite 3010<br>Seattle, WA 98101<br>Phone: (206) 407-1525<br>E-mail: debel@schwabe.com | |

fb.us.1672359.03



UNITED STATES | ENGLAND | GERMANY | CHINA

THERESA H. DYKOSCHAK
TDykoschak@faegre.com
(612) 766-7229

November 21, 2006

Clerk of United States Bankruptcy Court
Attn: Lori Vosejpka
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: **MJK Clearing, Inc., Adversary Proceeding No. 01-4257 (RJK)**

Dear Ms. Vosejpka:

Enclosed for filing in the above-referenced case is a list of Unclaimed Dividends for Deposit to the Registry Fund. Also enclosed is a check in the amount of $40,618.70 for deposit of the unclaimed dividends into the Bankruptcy Court's Registry Fund.

Thank you for your assistance, and please do not hesitate to contact me should you have any questions.

Sincerely,

Theresa H. Dykoschak

THD:johki

fb.us.1679130.01

2200 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS MINNESOTA 55402-3901

TELEPHONE 612-766-7000 | FACSIMILE 612-766-1600 | WWW.FAEGRE.COM