# McDowell, Rice, Smith & Buchanan

Hugh L. Marshall
DIRECT DIAL: 816/960-7317
E-MAIL: hmarshall@mcdowellrice.com

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

OVERLAND PARK, KANSAS

SKELLY BUILDING
SUITE 350
605 WEST 47TH STREET
KANSAS CITY, MISSOURI 64112-1905
(816) 753-5400    FAX (816) 753-9996

March 9, 2007

Ms. Martha Franco
United States Bankruptcy Court
  for the District of Minnesota
300 S. 4th Street, Suite 301
Minneapolis, MN 55415

Re:   Securities Investor Protection Corporation v. MJK Clearing, Inc.
      (In re MJK Clearing, Inc.), Adversary Proceeding No. 01-4257 RJK

Dear Ms. Franco:

We represent Security Investment Company of Kansas City. On or about November 22, 2006, the Trustee deposited unclaimed dividends into the court registry in conjunction with a statement indicating that he was unable to locate certain creditors. One of those creditors is Security Investment Company of Kansas City, as set forth at the top of the second page of Document No. 546, the Trustee's Report of Unclaimed Dividends, in the amount of $5,340.75.

I am writing to request those funds be distributed from the registry to this firm. I am enclosing a copy of a Statement of Change of Registered Agent showing that the creditor's current registered office is that of this firm. For the court's records, the full name and address of Security Investment Company of Kansas City is:

> Security Investment Company of Kansas City
> Attn: Brent Wiseborn
> 6506 Turnberry Court
> Parkville, MO 64152

If there is any further information you need, you may contact me at the above address or phone number. Thank you for your attention to this matter.

Sincerely,

McDOWELL, RICE, SMITH & BUCHANAN
A Professional Corporation

Hugh Marshall

HLM/kma
Encl.

48-1029777

{G:\DOCS\hlm\C08161\001\00432319.DOC; 1}

Ms. Martha Franco
March 9, 2007
Page 2

cc: Brent Wisenborn

# State of Missouri

Matt Blunt, Secretary of State



Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO 65102

## Statement of Change of Registered Agent and/or Registered Office
## By a Foreign or Domestic For Profit or Nonprofit Corporation

| | Instructions |
|---|---|
| 1. | This form is to be used by either a for profit or nonprofit corporation to change either or both the name of its registered agent and/or the address of its existing registered agent. |
| 2. | There is a $10.00 fee for filing this statement. It must be filed in DUPLICATE. |
| 3. | P.O. Box may only be used in conjunction with a physical street address. |
| 4. | Agent and address must be in the State of Missouri. |
| 5. | The corporation may not act as its own agent. |

Charter No. F00295023

(1) The name of the corporation is: Security Investment Company of Kansas City

(2) The address, including street and number, of its **present** registered office (before change) is:

4800 Main, Suite 357         Kansas City, MO 64112
Address                      City/State/Zip

(3) The address, including street and number, of its registered office is hereby **changed to**:

605 W. 47th Street, Suite 350     Kansas City, MO 64112
Address  (P.O. Box may only be used in conjunction with a physical street address) City/State/Zip

(4) The name of its **present** registered agent (before change) is: Brent M. Weisenborn

(5) The name of the **new** registered agent is: M.R.S. Service Corp.

Authorized signature of new registered agent must appear below:

_Guadalupe Muhl, Asst Secy_
(May attach separate originally executed written consent to this form in lieu of this signature)

(6) The address of its registered office and the address of the office of its registered agent, as changed, will be identical.

(7) The change was authorized by resolution duly adopted by the board of directors.

**In affirmation of the facts stated above,**

_[signature]_                    Brent M. Weisenborn
(Authorized signature of officer or, if applicable, chairman of the board)   (Printed Name)

President                        12/22/03
(Title)                          (month/day/year)

Corp. #59 (12/02)

State of Missouri
Change/Resignation of Agent 1 Page(s)

T0409642206