# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Case No. **ADV PROC 01-04257**

**MJK CLEARING INC**

Debtor(s)

## ORDER FOR CHECK TO BE ISSUED FROM REGISTRY FUND ACCOUNT

On **November 22, 2006**, the sum of **$5,340.75** was deposited into the Registry Fund Account of the Clerk of the United States Bankruptcy Court as an uncashed dividend check payable to **Security Investment Company of Kansas City** at **4800 Main Street, Suite 230, Kansas City, Missouri 64112**.

A request for said payment has now been made by **Hugh Marshall, attorney for Security Investment Company of Kansas City**.

IT IS THEREFORE ORDERED:

That the Clerk of the United States Bankruptcy Court authorize the issuance of an appropriate remittance from the Registry Fund Account by the Treasury, in the sum of **$5,340.75** payable to **Security Investment Company of Kansas City** at **c/o Hugh Marshall, 605 West 47th Street, Kansas City, Missouri 64112-1905**.

Dated: March 13, 2007

/e/ Robert J. Kressel
United States Bankruptcy Judge

02/15/93;0105.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/13/07
Lori Vosejpka, Clerk, By lmh