UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | )<br>)<br>) ADV. PROC. NO. 01-4257 |
| Plaintiff-Applicant, | )<br>) TRUSTEE'S FINAL ACCOUNT,<br>) CERTIFICATION, AND APPLICATION |
| v. | ) FOR DISCHARGE |
| MJK CLEARING, INC., | )<br>) |
| Defendant. | ) |

     The undersigned trustee ("Trustee") certifies to the Court and the Securities Investor Protection Corporation ("SIPC") that this estate has been fully administered. A Trustee's Final Investigatory Report, Final Report and Account of Administration of the Estate ("Final Report") was filed on November 22, 2006, and disbursements have been completed. All of the Trustee's records and receipts have been reviewed and approved by SIPC.

     As stated in the Final Report, as of November 20, 2006, the Trustee had $19,289,881.14 in cash on hand and invested in United States Treasury bills. Since the filing of the Final Report, the Trustee has received $3,371,802.89 in cash, and has made disbursements (or has reserved for expenses) in the amount of $22,578,312.33, as set forth in the following summary:

| Cash Receipts since November 20, 2006 | |
|---|---|
| Distribution from Native Nations Trustee | $3,213,581.87 |
| Payments on margin loan account judgments and settlements | $75,800.00 |
| Sale of securities | $56,034.10 |
| Interest | $26,386.92[1] |
| **Subtotal** | **$3,371,802.89** |
| **Subtotal of Cash, including cash as of November 20, 2006** | **$22,661,684.03** |

| Disbursements since November 20, 2006 (including amounts disbursed on Anticipated Disbursements listed in the Final Report) | |
|---|---|
| Distributions to MJK Clearing, Inc., December 15, 2006 and April 27, 2007 | ($21,343,185.79) |
| Final Fee Applications and SIPC approved fees and expenses for Trustee, Faegre & Benson LLP and Foley & Lardner LLP | ($1,081,984.55) |
| Miscellaneous expenses, excluding expenses incurred by Trustee, Faegre & Benson LLP and Foley & Lardner LLP | ($52,779.81) |
| Distributions to Claimants | ($58,826.23) |
| Amount deposited with Bankruptcy Court on November 21, 2006 for $40,149.99 in Unclaimed Distributions and $468.71 in interest from September 27, 2001 for one general estate claim | ($40,618.70) |
| Reserve for anticipated disbursements subject to SIPC approval | ($917.25) |
| **Subtotal of Disbursements** | **($22,578,312.33)** |

The Trustee distributed all unliquidated assets, including all securities accounts and certain ongoing litigation matters, to MJK Clearing, Inc. ("MJK") on March 21, 2007. MJK has retained Faegre & Benson LLP to assist with ongoing litigation matters and any post-estate closing matters.

---

[1] The Trustee has received $100,513.66 in interest since November 20, 2006. The Final Report, however, included the value at maturity of the United States Treasury bill held by the Trustee, instead of the purchase price of the Treasury bill. As a result, interest in the amount of $74,126.74, actually earned upon maturity of the Treasury bill on December 7, 2006, was inadvertently reported in the Final Report. Accordingly, the amount of interest reported in this Final Account has been corrected to avoid duplicate reporting of these funds.

As of May 18, 2007, the Trustee had $83,371.70 cash on hand, net of outstanding checks, that the Trustee will distribute to MJK. MJK has agreed that it will pay any additional expenses incurred by the estate through the closing of the case from the final distribution to be made to Debtor. The Trustee anticipates that any additional expenses incurred by the estate will total less than $10,000.

Therefore, pursuant to FRBP 5009, the trustee requests that this Final Account, Certification, and Application for Discharge be accepted, and that the Court close the case and discharge the trustee of any further duties.

DATED: May 18, 2007

James P. Stephenson,
Trustee for the Liquidation of the Estate of
MJK Clearing, Inc.
c/o Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

fb.us.1709978.04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

SECURITIES INVESTOR PROTECTION
  CORPORATION,

               Plaintiff-Applicant,         Adv. Proc. No. 01-4257 RJK

v.

MJK CLEARING, INC.,

               Defendant.
_____

## UNSWORN CERTIFICATE OF SERVICE

    I, Theresa H. Dykoschak, declare under penalty of perjury that on the 18th day of May, 2007, I served the annexed **Trustee's Final Account, Certification, and Application for Discharge** and this **Unsworn Certificate of Service** on the persons listed on the attached list by placing a copy thereof in an envelope and arranging for the deposit of same, postage prepaid, in the United States Mails at Minneapolis, Minnesota.

Dated: May 18, 2007                             /s/   Theresa H. Dykoschak
                                                            Theresa H. Dykoschak

# SERVICE LIST

| | |
|---|---|
| Ted S. Meikle<br>Meikle Law Firm<br>90 South 7th St., Suite 4700<br>Minneapolis, MN 55402<br>Phone: (612) 336-7710<br>Fax: (612) 339-6686<br>E-mail: ted@meiklelawfirm.com | MJK Clearing, Inc.<br>c/o Todd Miller<br>Miller Johnson Steichen & Kinnard<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Phone: (612) 455-5555<br>Fax: (612) 455-5600 |
| The Stockwalk Group, Inc.<br>James L. Baillie<br>Clinton E. Cutler<br>Fredrikson & Byron<br>Suite 4000<br>200 South Sixth Street<br>Minneapolis, MN 55402-3397<br>Phone: (612) 347-7000<br>Fax: (612) 347-7077 | Securities Investor Protection Corporation<br>c/o Ken Caputo<br>805 Fifteenth Street, N.W.<br>Suite 800<br>Washington, D.C. 20005-2207<br>Phone: (202) 371-8300<br>Fax: (202) 371-6728 |
| Bryon Bequette<br>MathStar, Inc.<br>5900 Green Oak Drive<br>Minneapolis, MN 55343<br>Phone: (952) 746-2200<br>Fax: (952) 746-2201<br>E-mail: bryon.beqette@mathstar.com | Mark C. McCullough<br>The Colonnade<br>Suite 730<br>5500 Wayzata Boulevard<br>Minneapolis, MN 55416<br>Phone: (763) 545-0833<br>Fax: (763)-545-0834 |
| Henry F. Minnerop, Esq.<br>Sidley Austin Brown & Wood<br>787 Seventh Avenue<br>New York, NY 10019<br>Phone: (212) 839-5300<br>Fax: (212) 839-5599 | Terence M. Fruth<br>Thomas E. Jamison<br>Fruth, Jamison & Elsass, P.A.<br>3902 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Phone: (612) 344-9700<br>Fax: (612) 344-9705 |

| | |
|---|---|
| Primeshares<br>Attn: Sid J. Garabato<br>60 Madison Ave.<br>2nd Floor<br>New York, NY  10011-1600<br>Phone: (212) 889-5714<br>Facsimile: (212) 889-2232<br>E-mail: ksync@primeshares.com | Wells Fargo Bank, N.A.<br>c/o Mark J. Kalla<br>Bruce A. MacKenzie<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Fax: (612) 340-2643<br>E-mail: kalla.mark@dorseylaw.com |
| Mr. James K. Langdon II<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN   55402-1498<br>Phone:  (612) 340-8759<br>Fax:  (612) 340-8800<br>E-Mail:  langdon.jim@dorseylaw.com | Stephen D. Lerner<br>Squire, Sanders & Dempsey L.L.P.<br>312 Walnut Street<br>Suite 3500<br>Cincinnati, OH 45202<br>Phone:  (513) 361-1220<br>Fax:  (513) 361-1201<br>E-mail:  slerner@ssd.com |
| Sonia U. Chae<br>Securities & Exchange Commission<br>175 W. Jackson Blvd., Suite 900<br>Chicago, IL  60604<br>Phone:  (312) 353-7390 | Teri M. Swanson<br>Securities and Exchange Commission<br>100 F Street NE<br>Washington, D.C. 20549<br>Phone:  (202) 942-0956<br>Fax:  (202) 942-9625 |
| Native Nations Securities, Inc.<br>c/o Proskauer Rose LLP<br>Attn: Michael E. Foreman, Esq.<br>         Peter J.W. Sherwin, Esq.<br>1585 Broadway<br>New York, NY 10036-8299<br>Phone: (212) 969-3000<br>Facsimile: (212) 969-2900 | The Stockwalk Group, Inc.<br>c/o Leonard, Street and Deinard<br>Steven D. DeRuyter<br>Larry B. Ricke<br>150 S. Fifth St., Suite 2300<br>Minneapolis, MN  55402<br>Phone: (612) 335-1500<br>Facsimile: (612) 335-1657 |
| Pax Clearing Corporation<br>c/o Stephen P. Bedell<br>Foley & Lardner<br>321 North Clark, Suite 2800<br>Chicago, IL 60610<br>Phone: (312) 832-4500<br>Facsimile: (312) 832-4700 | Pax Clearing Corporation<br>c/o Paul L. Ratelle<br>Fabyanske, Westra & Hart, P.A.<br>800 LaSalle Ave. #1900<br>Minneapolis, MN 55402<br>Phone: (612) 338-0115<br>Facsimile: (612) 338-3857 |

| | |
|---|---|
| Michael A. Pysno, Esq.<br>RBC Dain Rauscher Incorporated<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Phone: (612) 371-7766<br>Facsimile: (612) 371-7611 | George Vasios<br>Securities & Exchange Commission<br>Midwest Regional Office<br>Attn: Bankruptcy Section<br>175 W. Jackson Blvd.<br>Suite 900<br>Chicago, IL 60604 |
| Peter D. Wolfson, Esq.<br>Holly S. Falkowitz, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>Phone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>E-mail: pwolfson@sonnenschein.com<br>E-mail: hfalkowitz@sonnenschein.com | Affiliated Financial Services, Inc.<br>c/o Barry L. Wilkie<br>Jones & Keller, P.C.<br>1625 Broadway, Suite 1600<br>Denver, CO 80202<br>Phone: (303) 573-1600<br>Facsimile: (303) 893-6506 |
| E*Trade Securities, LLC<br>c/o William P. Wassweiller<br>Rider Bennett, LLP<br>33 South Sixth Street, Suite 4900<br>Minneapolis, MN 55402-3716<br>Phone: (612) 340-7973 | Joseph D. Dansky<br>Senior Corporate Counsel<br>The BISYS Group, Inc.<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068 |
| Christopher J. Barber<br>Stephen O'Donnell<br>Elissa Isaacs<br>Piper Marbury Rudnick & Wolfe<br>203 North LaSalle Street<br>Suite 1800<br>Chicago, IL 60601-1293<br>Phone: (312) 368-4000<br>Facsimile: (312) 236-7516 | E*Trade Securities Corporation, Inc.<br>c/o Monica L. Clark<br>Dorsey & Whitney LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2643 |
| E*Trade Securities LLC<br>c/o Edward M. McDonald<br>Christopher P. Hall<br>Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6273<br>E-Mail: nherman@morganlewis.com | Stephen M. Case Revocable Trust<br>c/o John C. Thomas, Esq.<br>Todd C. Pearson, Esq.<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2643 |

| | |
|---|---|
| Teresa J. Kimker<br>Halleland Lewis Nilan & Johnson<br>600 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN  55402-4501<br>Phone: (612) 204-4175<br>E-mail: tkimker@halleland.com | Mr. Richard Kirby<br>Preston Gates Ellis & Rouvelas Meeds LLP<br>1735 New York Ave. NW<br>Suite 500<br>Washington, DC  20006-5209<br>Phone:  (202) 628-1700<br>Facsimile:  (202) 331-1024 |
| William C. Burnside<br>William C. Burnside & Co., Inc.<br>111 N. Vermillion<br>P.O. Box 507<br>Danville, IL  61834-0507<br>Phone: (217) 443-3310 | E*Trade Securities LLC<br>c/o Richard C. St. John, Esq.<br>Munger, Tolles & Olson LLP<br>355 S. Grand Ave.<br>35th Floor<br>Los Angeles, CA  90071-1560<br>E-Mail: stjohnr@mto.com |
| Mr. David Ebel<br>Schwabe Williamson & Wyatt<br>1420 Fifth Avenue, Suite 3010<br>Seattle, WA 98101<br>Phone: (206) 407-1525<br>E-mail: debel@schwabe.com | |